1  Gary R. Long, *pro hac vice*
   glong@shb.com
2  SHOOK, HARDY & BACON L.L.P.
   2555 Grand Blvd.
3  Kansas City, MO 64108
4  Telephone: (816) 474-6550
   Facsimile: (816) 421-5547
5
6  Tammy B. Webb (SBN 227593)
   tbwebb@shb.com
7  Patrick J. Gregory (SBN 206121)
   pgregory@shb.com
8  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
9  San Francisco, California 94104-2828
   Telephone: (415) 544-1900
10 Facsimile:  (415) 391-0281
11
   Attorneys for Defendant,
12 PHILIP MORRIS USA INC.
   (f/k/a Philip Morris Incorporated)
13

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| Leslie J. Grisham, | ) Case No. CV-02-7930 SVW (RCx) |
|---|---|
| Plaintiff, | ) **DECLARATION OF PATRICK J. GREGORY IN SUPPORT OF DEFENDANTS' MEMORANDUM IN RESPONSE TO PLAINTIFF'S SUPPLEMENTAL BRIEF ON COLLATERAL ESTOPPEL/ISSUE PRECLUSION IN RELATION TO MOTION TO STAY** |
| v. | |
| Philip Morris, Incorporated, et al., | |
| Defendants. | |
| | ) Date:  September 14, 2009 |
| | ) Time:  1:30 p.m. |
| | ) Judge: The Honorable Stephen V. Wilson |
| | ) <u>Filed Concurrently Herewith:</u> |
| | ) Memorandum in Response, Appendix A, Notice of Manual Filing |

GREGORY REPLY DECL. ISO DEFS' MEMORANDUM IN RESPONSE TO PLAINTIFF'S SUPPLEMENTAL BRIEF ON COLLATERAL
ESTOPPEL/ISSUE PRECLUSION IN RELATION TO MOTION TO STAY
CASE NO. CV-02-7930 SVW (RCX)

164451V1

I, Patrick J. Gregory, declare as follows:

1. I am an attorney at the law firm of Shook, Hardy & Bacon L.L.P., attorneys of record for Defendant Philip Morris USA Inc. ("PM USA") in this action. The statements in this declaration are made on the basis of my own personal knowledge and I could, and would, competently testify if called upon to do so. This declaration is submitted in support of Defendants' Memorandum in Response to Plaintiff's Supplemental Brief on Collateral Estoppel/Issue Preclusion in Relation to Motion to Stay.

2. Attached hereto as Exhibit 1 is a true and correct copy of relevant excerpts of trial testimony in *Blue Cross and Blue Shield of N.J. Inc. v. Philip Morris, Inc.*, E.D.N.Y. Case No. 98 CV 3287, dated March 27, 2001, April 2, 2001, and April 10, 2001.

3. Attached hereto as Exhibit 2 is a true and correct copy of the verdict form in *Blue Cross and Blue Shield of N.J. Inc. v. Philip Morris, Inc.*, E.D.N.Y. Case No. 98 CV 3287, dated June 4, 2001.

4. Attached hereto as Exhibit 3 is a true and correct copy of relevant excerpts of trial testimony in *Iron Workers Local Union v. Philip Morris, Inc.*, N.D. Ohio Case No. 1:97 CV 1422, dated March 1, 1999.

5. Attached hereto as Exhibit 4 is a true and correct copy of the verdict forms in *Iron Workers Local Union v. Philip Morris, Inc.*, N.D. Ohio Case No. 1:97 CV 1422, dated March 18, 1999.

6. Attached hereto as Exhibit 5 is a true and correct copy of a slip opinion from *Conley, et al. v. R.J. Reynolds Tobacco Co., et al.*, U.S. District Court, Northern District of California, Case No. C 00-1740 SBA, dated December 2, 2002.

7. Attached hereto as Exhibit 6 is a true and correct copy of relevant excerpts of the trial transcript from *Little, et al. v. Brown & Williamson Tobacco*

1

*Corp., et al.*, U.S. District Court, District of South Carolina, Case No. 2:98-1879-23, dated January 22, 2001.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Petition for Rehearing or Rehearing En Banc of Defendant-Appellant Philip Morris USA Inc. at 8-14, *DOJ*, D.C. Cir. Case No. 06-5267, dated July 31, 2009.

9. Attached hereto as Exhibit 8 is a true and correct copy of an article, "The Possible Role of Ammonia Toxicity on the Exposure, Deposition, Retention, and the Bioavailability of Nicotine during Smoking," Seeman & Carchman, 46 *Food & Chem. Toxicology* 1863 (2008).

10. Attached hereto as Exhibit 9 is a true and correct copy of an article entitled, "A Randomized, Controlled Exposure Study in Adult Smokers of Full Flavor Marlboro Cigarettes Switching to Marlboro Lights and Marlboro Ultra Lights Cigarettes," *Regulatory Toxicology and Pharmacology*, Mendes et al., dated May 2008.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Declaration of Leslie J. Grisham, dated February 17, 2003.

12. Exhibit 11 is a true and correct copy of a DVD containing the materials and exhibits referenced in Appendix A to Defendants' Memorandum in Response to Plaintiff's Supplemental Brief on Collateral Estoppel/Issue Preclusion in Relation to Motion to Stay. Exhibit 11 is being manually filed and served on all parties.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed in San Francisco, California on August 6, 2009.

_____
PATRICK J. GREGORY