| U.S. District Court | CondenseIt™ | Official Court Reporters |

**Page 1661**

```
 1         IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
 2                   EASTERN DIVISION

 3   LOCAL 17 INTERNATIONAL ASSOC. OF      )
     BRIDGE & IRON WORKERS INS. FUND,      )
 4                                         )
                    Plaintiff,             )
 5                                         )  Civil Action No.
          vs.                              )  1:97cv1422
 6                                         )
     PHILIP MORRIS, INC, ET AL,            )  Akron, Ohio
 7                                         )
                    Defendants.            )  VOLUME 6
 8        ---
           TRANSCRIPT OF JURY TRIAL HAD BEFORE
 9         THE HONORABLE JAMES S. GWIN, JUDGE
         OF SAID COURT, ON MONDAY, MARCH 1, 1999
10                AT 8:00 O'CLOCK A.M.
                      ---
11   APPEARANCES:
     For Plaintiffs:  PATRICK J. COUGHLIN, ESQ.
12                    JOHN MONROE, ESQ.
                      MICHAEL DOWD, ESQ.
13                    Milberg, Weiss, Bershad, Hynes & Lerach
                      600 West Broadway, Suite 1800
14                    San Diego, CA 92101

15                    MICHAEL E. WITHEY, ESQ.
                      Stritmatter Kessler Whelan Withey
16                    1200 Market Place Tower
                      2025 First Avenue
17                    Seattle, WA 98121

18                    ROGER M. ADELMAN, ESQ.
                      Suite 730
19                    1100 Connecticut Avenue, N.W.
                      Washington, D.C. 20036
20
                      JACK LANDSKRONER, ESQ.
21                    The Landskroner Law Firm
                      55 Public Square, Suite 1040
22                    Cleveland, OH 44113

23                    EBEN O. MCNAIR, IV, ESQ.
                      Schwartzwald & Rock
24                    616 Bond Court Building
                      1300 East Ninth Street
25                    Cleveland, OH 44114-1503.
```

**Page 1662**

```
 1   For Philip Morris, Inc:  BRADLEY E. LERMAN, ESQ.
                              GEORGE LOMBARDI, ESQ.
 2                            Winston & Strawn
                              35 West Wacker Drive
 3                            Chicago, IL 60601-9703

 4   For Lorillard Tobacco Co: GARY R. LONG, ESQ.
                               GREGORY L. FOWLER, ESQ.
 5                             Shook, Hardy & Bacon
                               One Kansas City Place
 6                             1200 Main Street
                               Kansas City, MO 64105-2118.
 7
     For RJR Nabisco, Inc,:    ROBERT C. WEBER, ESQ.
 8   R.J. Reynolds Tobacco,    Jones Day Reavis & Pogue
     RJR Nabisco Holding       North Point 901 Lakeside Avenue
 9                             Cleveland, OH 44114-1190

10   For Brown & Williamson    DAVID BERNICK, ESQ.
11   and BATCo:                MICHELLE H. BROWDY, ESQ.
                               Kirkland & Ellis
12                             200 East Randolph Drive
                               Chicago, IL 60601
13
14   Court Reporters:          Richard G. DelMonico
                               Joan Zengler
15                             U.S. District Court
                               2 South Main Street - 4th Floor
16                             Akron, OH 44308
                               (330) 535-2280, 535-1823
17
```

**Page 1663**

 1         (The following proceedings were conducted
 2   outside the presence of the jury:)
 3         THE COURT: I'm sure you have some questions,
 4   it's come to our attention you may be a beneficiary under
 5   this, and I think there had been some discussion, but we
 6   had thought that the fund you were attached with wasn't
 7   a part of this case, and --
 8         JUROR NUMBER 12: I don't think it is but.
 9         THE COURT: It may be.
10         JUROR NUMBER 12: Okay.
11         THE COURT: Let me ask, I release you from the
12   earlier instructions, but I think I would strongly
13   encourage you without ordering you not to talk about the
14   case or your impressions.
15         JUROR NUMBER 12: I won't.
16         THE COURT: When we have a verdict, you are
17   free to talk to whoever you wish. But don't engage in it.
18   Sometimes attorneys want to investigate it or people want
19   to pick your brain or what your interim impressions were,
20   but you agreed with us you wouldn't reach an opinion until
21   all the evidence was in. Your earlier impressions would
22   be subject to change. I think it is for your benefit and
23   our benefit. It is best you stay away from having any
24   conversations with either family members or friends or
25   anybody else.

**Page 1664**

 1         JUROR NUMBER 12: Okay.
 2         THE COURT: Thanks for being with us. I
 3   apologize for not understanding this earlier, because we
 4   wouldn't have -- not wanted to inconvenience you in terms
 5   of spending the week. You know more about smoking now
 6   than you ever wished.
 7         JUROR NUMBER 12: That's true; that's true.
 8         THE COURT: Thanks a lot.
 9         MR. WEBER: Thank you.
10         THE COURT: Could you have him get his stuff.
11   I would rather him not go back with the other jurors until
12   we bring them in.
13         JUROR NUMBER 12: My coat is the only thing in
14   there.
15         (The jury was returned to the courtroom and the
16   following proceedings were conducted in open court:)
17         THE COURT: If the jury will please be seated.
18   I would just indicate to the jury that I excused juror
19   number 12. After some further review, the court learned
20   that he was actually one of the beneficiaries of one of
21   the funds that is involved in this litigation. We had not
22   thought that to be true originally, but after some further
23   checking we found that out. And for that reason, I've
24   excused juror number 12. Which just allows me an
25   opportunity to reiterate. We have invested a lot of time

| U.S. District Court | CondenseIt™ | Official Court Reporters |
|---|---|---|

Page 1885

1  next witness. I don't mean to make light, but you'll see
2  the attorneys have different uniforms for the day. The
3  plaintiff's is the blue uniform. Tomorrow you'll likely
4  see them in the gray uniform.
5      MR. ADELMAN: If I may, your Honor, I will call
6  Thomas Farone.
7      THE COURT: Thank you
8      WILLIAM A. FARONE
9  called as a witness by and on behalf of the Plaintiff,
10 being first duly sworn, was examined and testified as
11 follows:
12     THE COURT: And if you'll state your name and
13 spell your last name for the court reporter.
14 A. My name is William Anthony Farone, F-A-R-O-N-E.
15     THE COURT: Mr. Adelman.
16     - - -
17     DIRECT EXAMINATION
18 BY MR. ADELMAN:
19 Q. Doctor, good afternoon. Doctor, can you tell us
20 where you are from?
21 A. Irvine, California.
22 Q. And how are you employed now?
23 A. I am a President and Chief Executive Officer of
24 Applied Power Concepts, Incorporated.
25 Q. And generally and briefly tell us what Applied Power

Page 1886

1  Concepts does?
2  A. We develop remediation technology and replacement for
3  things which pollute the environment.
4  Q. Are you the President?
5  A. Yes, I am.
6  Q. How many people do you employ?
7  A. 12.
8  Q. Are any of those people scientists?
9  A. All of them.
10 Q. How long have you been engaged in Applied Power
11 Concepts?
12 A. 13 years.
13 Q. Prior to that time, which brings us back to the
14 mid-'80's, where were you employed?
15 A. At a prior company called Advanced Scientific
16 Applications Incorporated from 1984 through 1987, when
17 Applied Power Concepts bought it out.
18 Q. Now, was there ever a time you worked for Philip
19 Morris?
20 A. Yes, there was.
21 Q. When was that?
22 A. From the end of March, 1976 to July, 1984.
23 Q. In what capacity did you work at Philip Morris?
24 A. The first year I worked for Philip Morris I had
25 position of Associate Principal Scientist, reporting to Dr.

Page 1887

1  Robert B. Seligman, Vice President of Research and
2  Development. The mission was to learn about the business.
3  And then for next seven years, I was Director of Applied
4  Research, at Philip Morris.
5  Q. And where geographically were you situated during
6  those 8 years of Philip Morris?
7  A. At the laboratories in Richmond, Virginia.
8  Q. Before we can go on, can you give us a bit of your
9  educational background, let's say, starting in college?
10 A. I received my bachelors in science in 1961 from
11 Clarkson University. My major was in chemistry with minors
12 in electrical and chemical engineering. I received my
13 masters degree in chemistry completed in 1962, received a
14 degree in 1963. I received my doctor of philosophy in
15 chemistry in 1965, also from Clarkson University.
16 Q. Have you ever taught?
17 A. I taught college for two years, associate professor
18 of chemistry at Virginia State University.
19 Q. And have you ever been involved in writing articles
20 in the field of chemistry or related field?
21 A. Yes, I have some more than 50 publications.
22 Q. Now, have you ever done or made any application for
23 patents?
24 A. Yes, I think I'm inventor on some 13 to 15 different
25 patents.

Page 1888

1  Q. Was there a time you were employed by Lever Brothers?
2  A. I was employed by Lever Brothers in 1967 through
3  1975.
4  Q. And where in Lever Brothers complex did you work,
5  sir?
6  A. At the laboratory in Edgewater, New Jersey.
7  Q. And briefly, what type of work did you do there?
8  A. I began as a Senior Scientist and advanced to Manager
9  of New Product Development. And I became their Director of
10 Scientific Research in 1972, a position that I held until
11 1975.
12 Q. Now, you joined Philip Morris in 1976, correct?
13 A. Yes.
14 Q. And what did you do in the interim years between 1965
15 and 1976?
16 A. I was Vice President of Research Development of
17 a company called PBVO International.
18 Q. Did you seek out the position at Philip Morris that
19 you obtained?
20 A. No, I did not.
21 Q. How did it come about that you joined Philip Morris?
22 A. I was sought by an executive search firm of Hide,
23 Direct and Struggles.
24 Q. Now, moving ahead, looking to the 8 years of your
25 employment at Philip Morris, could you tell us what type of

### Page 1661

```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF OHIO
 2                  EASTERN DIVISION

 3   LOCAL 17 INTERNATIONAL ASSOC. OF    )
     BRIDGE & IRON WORKERS INS. FUND,    )
 4                                       )
                    Plaintiff,           )
 5                                       )   Civil Action No.
                vs.                      )   1:97cv1422
 6                                       )
     PHILIP MORRIS, INC, ET AL,          )   Akron, Ohio
 7                                       )
                    Defendants.          )   VOLUME 6
 8        ---
          TRANSCRIPT OF JURY TRIAL HAD BEFORE
 9        THE HONORABLE JAMES S. GWIN, JUDGE
       OF SAID COURT, ON MONDAY, MARCH 1, 1999
10              AT 8:00 O'CLOCK A.M.
                     ---
11   APPEARANCES:
     For Plaintiffs:  PATRICK J. COUGHLIN, ESQ.
12                    JOHN MONROE, ESQ.
                      MICHAEL DOWD, ESQ.
13                    Milberg, Weiss, Bershad, Hynes & Lerach
                      600 West Broadway, Suite 1800
14                    San Diego, CA 92101

15                    MICHAEL E. WITHEY, ESQ.
                      Stritmatter Kessler Whelan Withey
16                    1200 Market Place Tower
                      2025 First Avenue
17                    Seattle, WA 98121

18                    ROGER M. ADELMAN, ESQ.
                      Suite 730
19                    1100 Connecticut Avenue, N.W.
                      Washington, D.C. 20036
20
                      JACK LANDSKRONER, ESQ.
21                    The Landskroner Law Firm
                      55 Public Square, Suite 1040
22                    Cleveland, OH 44113

23                    EBEN O. MCNAIR, IV, ESQ.
                      Schwartzwald & Rock
24                    616 Bond Court Building
                      1300 East Ninth Street
25                    Cleveland, OH 44114-1503.
```

### Page 1662

```
 1   For Philip Morris, Inc:  BRADLEY E. LERMAN, ESQ.
                              GEORGE LOMBARDI, ESQ.
 2                            Winston & Strawn
                              35 West Wacker Drive
 3                            Chicago, IL 60601-9703

 4   For Lorillard Tobacco Co: GARY R. LONG, ESQ.
                               GREGORY L. FOWLER, ESQ.
 5                             Shook, Hardy & Bacon
                               One Kansas City Place
 6                             1200 Main Street
                               Kansas City, MO 64105-2118.
 7
     For RJR Nabisco, Inc,:   ROBERT C. WEBER, ESQ.
 8   R.J. Reynolds Tobacco,   Jones Day Reavis & Pogue
     RJR Nabisco Holding      North Point 901 Lakeside Avenue
 9                            Cleveland, OH 44114-1190

10   For Brown & Williamson   DAVID BERNICK, ESQ.
11   and BATCo:               MICHELLE H. BROWDY, ESQ.
                              Kirkland & Ellis
12                            200 East Randolph Drive
                              Chicago, IL 60601
13
14   Court Reporters:   Richard G. DelMonico
                        Joan Zengler
15                      U.S. District Court
                        2 South Main Street - 4th Floor
16                      Akron, OH 44308
                        (330) 535-2280, 535-1823
17
```

### Page 1663

 1       (The following proceedings were conducted
 2  outside the presence of the jury:)
 3       THE COURT: I'm sure you have some questions,
 4  it's come to our attention you may be a beneficiary under
 5  this, and I think there had been some discussion, but we
 6  had thought that the fund you were attached with wasn't
 7  a part of this case, and --
 8       JUROR NUMBER 12: I don't think it is but.
 9       THE COURT: It may be.
10       JUROR NUMBER 12: Okay.
11       THE COURT: Let me ask, I release you from the
12  earlier instructions, but I think I would strongly
13  encourage you without ordering you not to talk about the
14  case or your impressions.
15       JUROR NUMBER 12: I won't.
16       THE COURT: When we have a verdict, you are
17  free to talk to whoever you wish. But don't engage in it.
18  Sometimes attorneys want to investigate it or people want
19  to pick your brain or what your interim impressions were,
20  but you agreed with us you wouldn't reach an opinion until
21  all the evidence was in. Your earlier impressions would
22  be subject to change. I think it is for your benefit and
23  our benefit. It is best you stay away from having any
24  conversations with either family members or friends or
25  anybody else.

### Page 1664

 1       JUROR NUMBER 12: Okay.
 2       THE COURT: Thanks for being with us. I
 3  apologize for not understanding this earlier, because we
 4  wouldn't have -- not wanted to inconvenience you in terms
 5  of spending the week. You know more about smoking now
 6  than you ever wished.
 7       JUROR NUMBER 12: That's true; that's true.
 8       THE COURT: Thanks a lot.
 9       MR. WEBER: Thank you.
10       THE COURT: Could you have him get his stuff.
11  I would rather him not go back with the other jurors until
12  we bring them in.
13       JUROR NUMBER 12: My coat is the only thing in
14  there.
15       (The jury was returned to the courtroom and the
16  following proceedings were conducted in open court:)
17       THE COURT: If the jury will please be seated.
18  I would just indicate to the jury that I excused juror
19  number 12. After some further review, the court learned
20  that he was actually one of the beneficiaries of one of
21  the funds that is involved in this litigation. We had not
22  thought that to be true originally, but after some further
23  checking we found that out. And for that reason, I've
24  excused juror number 12. Which just allows me an
25  opportunity to reiterate. We have invested a lot of time

**Page 1665**

1  at this point in this case, it is moving along. It's
2  absolutely incumbent upon everyone of you to make sure you
3  are here every day. We'll go forward now with 11 jurors,
4  but it's very, very important that each of you continue to
5  be as diligent as you have in terms of reporting for
6  service each morning. So, I extend the thanks to you for
7  the service you have given so far, but reiterate the
8  importance of you getting here every day. So, I will at
9  this point in time call upon the plaintiff to call your
10 next witness.
11         MR. COUGHLIN: Your Honor, we would call Dr.
12 Neal Benowitz. Good morning ladies and gentlemen.
13              NEAL BENOWITZ
14 called as a witness by and on behalf of the Plaintiff,
15 being first duly sworn, was examined and testified as
16 follows:
17         THE COURT: Good morning.
18         THE WITNESS: Good morning.
19         THE COURT: If you would help us by stating
20 your name and spelling your last name for the court
21 reporter.
22         THE WITNESS: It's Neal Benowitz. N-E-A-L,
23 B-E-N-O-W-I-T-Z.
24         THE COURT: Mr. Coughlin.
25              - - -

**Page 1666**

1              DIRECT EXAMINATION
2  BY MR. COUGHLIN:
3  Q. Good morning, Dr. Benowitz?
4  A. Good morning.
5  Q. Dr. Benowitz, you understand you are here to talk
6  about how nicotine controls smoking behavior and how the
7  tobacco industry optimized the cigarette design to insure
8  the optimal delivery device of nicotine?
9  A. Yes.
10 Q. Dr. Benowitz, each of the cigarette companies in this
11 case has asserted whether to smoke or not is the free
12 choice and will. Have you ever heard those assertions?
13 A. I have.
14 Q. Do you have an opinion about that?
15 A. Yes.
16 Q. And what's that opinion?
17 A. The question of free will is complex. It's a yes and
18 no answer.
19    The yes part of it is that smokers' brains work
20 perfectly well, nicotine does not have any impairment on
21 thinking or on making decisions. Smokers make valid
22 decisions about all aspects of their life, except when
23 dealing with smoking.
24    Therefore the reason is, when a person makes a
25 decision it's influenced by many factors, all decisions

**Page 1667**

1  are. If a person is deciding about smoking, the decision
2  is made on reasons to stop smoking, which may be health
3  concerns for one's self, health concerns for one's
4  children, the fact that one's family wants you to stop
5  smoking, the cost of smoking. So, those are some of the
6  factors that weigh for a person to stop.
7      The factor that weighs to keep a person smoking
8  is nicotine addiction. It's that when they quit smoking,
9  their lives are often disrupted, they can't think right,
10 they can't concentrate, can't focus, become irritable,
11 have trouble with the job, don't feel good, have trouble
12 finding pleasure in lots of things in one's life.
13 Don't -- have problems dealing with stress.
14     A number of things occur in many smokers that
15 makes the quitting process extremely uncomfortable and
16 really impairs their functioning, and smokers learn that,
17 and that becomes a very strong factor in the balance of
18 whether to smoke or not.
19     One can look at two aspects of the free will
20 choice that I think illustrates this for smoking. One is
21 whether a person's decisions are internally consistent.
22 Normally, you expect a person to make one decision and
23 then other decisions that are consistent with one another.
24     One of the things that is well known is that
25 many smokers, 70 percent of smokers would like not to

**Page 1668**

1  smoke. 35 percent of smokers make a serious quit attempt
2  each year, they quit for at least a day trying to stop
3  smoking. Only one in ten succeed.
4      The average smoker, when they do quit, has
5  tried four, five times and has failed.
6      One obvious question is, what is it that makes
7  a person want to quit, to try to quit many times, and have
8  such a low success rate and fail many times, often taking
9  years to quit when their stated desire is they don't want
10 to smoke. I don't think that's just from the flavor of
11 cigarettes. It's because people are addicted to nicotine.
12     A second way of looking at it has to do with
13 behaving in a way that's not self-destructive. Most
14 people, unless they are suicidal, will not do things that
15 they know will hurt them. In the case of cigarette
16 smoking, most smokers know that cigarette smoking is
17 harmful to health.
18     Many smokers have been told by doctors that
19 they should stop smoking. Even if one looks at the
20 extreme situation of people who have had smoking related
21 diseases like heart attacks where doctors say smoking is
22 the worst thing for you, it's going to double or quadruple
23 your chance of dying in the near future, 50 percent of
24 smokers keep on smoking in spite of that advice.
25     These smokers who keep on smoking in spite of