FILED
99 MAR 18 PM 3:33
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS LOCAL UNION 17 INSURANCE FUND AND ITS TRUSTEES, ET AL., | ) ) ) | CASE NO. 1:97CV01422 |
| | ) | JUDGE JAMES S. GWIN |
| Plaintiffs, | ) | |
| vs. | ) | VERDICTS - IRON WORKERS LOCAL UNION NO. 17 INSURANCE FUND |
| PHILIP MORRIS, INC., ET AL., | ) | |
| Defendants. | ) | |

We, the Jury in this case, having been duly empaneled and sworn, find as follows on the issue of Violation of Ohio's Corrupt Activity Act:

| | FOR PLAINTIFF | FOR DEFENDANT |
|---|---|---|
| Philip Morris Incorporated | _____ | ___X___ |
| RJ Reynolds Tobacco Company | _____ | ___X___ |
| Brown & Williamson Tobacco Corporation | _____ | ___X___ |
| The American Tobacco Company | _____ | ___X___ |
| British American Tobacco (Investments) Ltd. | _____ | ___X___ |
| Lorillard Tobacco Company | _____ | ___X___ |

[signatures of jurors]

Foreperson

859

Further, we the Jury find as follows on the issue of Conspiring to Violate The Corrupt Activity Act:

|  | FOR PLAINTIFF | FOR DEFENDANT |
|---|---|---|
| Philip Morris Incorporated | _____ | ___X____ |
| RJ Reynolds Tobacco Company | _____ | ___X____ |
| Brown & Williamson Tobacco Corporation | _____ | ___X____ |
| The American Tobacco Company | _____ | ___X____ |
| British American Tobacco (Investments) Ltd. | _____ | ___X____ |
| Lorillard Tobacco Company | _____ | ___X____ |

*[Signatures of jurors on left; signatures including Foreperson on right]*

Foreperson

Further, we the Jury find as follows on the issue of Engaging in Civil Conspiracy:

|  | FOR PLAINTIFF | FOR DEFENDANT |
|---|---|---|
| Philip Morris Incorporated | _____ | ___X____ |
| RJ Reynolds Tobacco Company | _____ | ___X____ |
| Brown & Williamson Tobacco Corporation | _____ | ___X____ |
| The American Tobacco Company | _____ | ___X____ |
| British American Tobacco (Investments) Ltd. | _____ | ___X____ |
| Lorillard Tobacco Company | _____ | ___X____ |

*[Signatures of jurors on left; signatures including Foreperson on right]*

Foreperson