Name & Address:
Patrick J. Gregory, SBN 206121
Shook Hardy & Bacon, L.L.P.
333 Bush St., Suite 600
San Francisco, CA 94104-2828
415-544-1900

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LESLIE J. GRISHAM,<br>Plaintiff, | CASE NUMBER: 02-cv-07930 SVW (Rcx) |
|---|---|
| PLAINTIFF(S)<br>v.<br>PHILIP MORRIS USA INC., et al.<br>Defendants.<br>DEFENDANT(S). | NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Exhibit 11 to the Declaration of Patrick J. Gregory in support of Defendants' Memorandum in Response to Plaintiff's Supplemental Brief on Collateral Estoppel/Issue Preclusion in relation to Motion to Stay.

**Document Description:**

- [ ] Administrative Record
- [x] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Rule 79-5.4. Documents to be excluded, (h)]
- [ ] Other

**Reason:**

- [ ] Under Seal
- [x] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated _____
- [ ] Manual Filing required (*reason*):

August 6, 2009
Date

Patrick J. Gregory    *(signature)*
Attorney Name

Philip Morris USA Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).