| | |
|---|---|
| Iron Workers Local Union et al v. Philip Morris et al<br>No. 1:97-cv-01422<br><br>Verdict: 3-18-99 | Verdict for defense on 3rd party insurer-plaintiffs state and federal RICO claims and conspiracy.<br><br>From the verdict form, it cannot be determined whether the defense that the plaintiffs were too remote from the claims had an effect on the verdict.<br><br>Ex. 32 |
| Cipollone v. Liggett et al<br>No. 83-2864, D. N. J.<br><br>Verdict: 6-15-88 | Partial verdict for the plaintiff against Ligget. Partial defense verdict for Philip Morris. Multiple appeals followed. Eventually a new trial was ordered on claims which were not found pre-empted by the Federal Cigarette Labeling Act, including claims for fraud. The plaintiffs abandoned the case, however, due to Exorbitant costs.<br><br>Ex. 33 |

Dated: August 28, 2009         Respectfully Submitted,

BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.


By:   /s/Frances M. Phares
         Frances M. Phares, Esq.
         Michael L. Baum, Esq.
         Attorneys for Plaintiff

_____

Appendix 1 to Pltf Reply Memo Re
Collateral Estoppel / Motion to Stay