1  Michael L. Baum (CA State Bar #119511)
   mbaum@baumhedlundlaw.com
2  Frances M. Phares (LA State Bar #10388)
   fphares@baumhedlundlaw.com
3  Ronald L.M. Goldman (CA State Bar #33422)
   rgoldman@baumhedlundlaw.com
4  BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
   12100 Wilshire Boulevard, Suite 950
5  Los Angeles, California 90025
   (310) 207-3233 Tel
6  (310) 820-7444 Fax

7  Attorneys for Plaintiff

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12 LESLIE GRISHAM,                    )  Case No.  02-7930 SVW (Rcx)
                                      )
13            Plaintiff,              )  Judge:  Hon. Stephen V. Wilson
                                      )
14       v.                           )  Declaration of Frances M. Phares in
                                      )  Support of Plaintiff's Reply
15                                    )  Memorandum re Plaintiff's Request
                                      )  for Collateral Estoppel / Issue
16 PHILIP MORRIS USA INC., et al.     )  Preclusion in Relation to Motion to
                                      )  Stay
17            Defendants.             )
                                      )  Date:       September 14, 2009
18                                    )  Time:       1:30 p.m.
                                      )  Courtroom:  6
19                                    )
                                      )
20 _____)

21

22       I, Frances M. Phares, declare as follows:

23       1.      I am an attorney at the law firm of Baum, Hedlund, Aristei &

24 Goldman, P.C., attorneys of record for Plaintiff Leslie J. Grisham in this action.

25 The statements in this declaration are made on the basis of my own personal

26 knowledge and I could, and would, competently testify if called upon to do so.

27 This declaration is submitted in support of Plaintiff's Reply to Defendants'

28 Memorandum Opposing Collateral Estoppel/Issue Preclusion in Relation to

Motion to Stay.

2.     Attached hereto as Exhibit 1 is a true and correct copy of one page of Trial Report No. 40, *Robert A. Falise et al.,  v. American Tobacco Company, et al.,* CY No. 99-7392 (JBW), In the United States District Court for the Eastern District of New York dated January 25, 2001; also included is a true and correct copy of a "Profile" on this case as reported at Tobaccodocuments.org downloaded at  *http://tobaccodocuments.org/profiles/litigation/falise.html*.

3.     Attached hereto as Exhibit 2 is a true and correct copy of the "Verdict Form" dated November 16, 2007 in the matter of *Menchini v. Philip Morris, Inc., et al.,*Case No.: 00-20916 CA 15, In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida.

4.     Attached hereto as Exhibit 3 is a true and correct copy of "Judgment on Jury Verdict" dated February 22, 2006 in the matter of *Vandenberg v. Brown & Williamson, et al.,*Case No: 03CV237238, In the Circuit Court of Jackson County, Missouri at Independence, Missouri; also included is a true and correct copy of a document entitled "Backgrounded" with T.J. Reynolds logo dated January 4, 2006 regarding this matter.

5.     Attached hereto as Exhibit 4 is a true and correct copy of a "Verdict" in *Lorraine Slaty v. Philip Morris, Incorporated, et al.,* Case No. 00-22691 CA 09, In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida.

6.     Attached hereto as Exhibit 5 is a true and correct copy of a "Verdict" in *Became v. Philip Morris USA, Inc.,* Case No. 02-01836, In the Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida Civil Division dated April 29, 2005 [the date could be the 20th as it is illegible].

7.     Attached hereto as Exhibit 6 is a true and correct copy of a 10 page special verdict form dated April 21, 2005 in *Coolidge v. Philip Morris Inc.,et al,*  No. RBC-361063 (Cal. Super. Ct.); also included is a true and correct copy of a news

1   release as reported at Tobaccodocuments.org downloaded at

2   http://www.tobacco.org/articles/lawsuit/coolidge/.

3   8.      Attached hereto as Exhibit 7 is a true and correct copy of a "Special

4   Verdict Form" in *Realer v. Philip Morris USA, Inc.,* No. BC 261796, California

5   Super. Ct., dated March 4, 2005. (*Realer II*).

6   9.      Attached hereto as Exhibit 8 is a true and correct copy of a "Verdict

7   Form" in *Hall v. R.I. Reynolds Tobacco Co.,* No. 00-1061 (Fla. Cir. Ct.) dated

8   December 10, 2003; also included is a true and correct copy of a nine page

9   untitled document with T.J. Reynolds logo dated October 31, 2003 regarding

10  this matter.

11  10.     Attached hereto as Exhibit 9 is a true and correct copy of a "Verdict

12  Form" in *Langton v. Philip Morris USA Inc.,* No. OO-C-442 (N.H. Super. Ct.).

13  11.     Attached hereto as Exhibit 10 is a true and correct copy of a "Verdict

14  Form" in  *Mouth v. Philip Morris Inc.,* No. 00-3030 (Fla. Cir. Ct.) dated October

15  14, 2003;  also included is a true and correct copy of a "Profile" on this case as

16  reported at Tobaccodocuments.org downloaded at

17  *http://to*baccodocuments.org/profiles/litigation/routh.html.

18  12.     Attached hereto as Exhibit 11 is a true and correct copy of an "amended"

19  sixteen page "Special Verdict" forms in *Realer v. Philip Morris USA, Inc.,* No.

20  BC 261796, California Super. Ct., dated July 31, 2003. (*Realer I*).

21  13.     Attached hereto as Exhibit 12 is a true and correct copy of a three page

22  "Verdict A" form in *Welch v. Brown & Williamson Tobacco Corp.,* No. 00-

23  CV209292 (Mo. Cir. Ct.) dated June 16, 2003;  also included is a true and

24  correct copy of a news release as reported at Tobaccodocuments.org downloaded

25  at http://www.tobacco.org/articles/lawsuit/welch/; also included is a true and

26  correct copy of a "Profile" on this case as reported at Tobaccodocuments.org

27  downloaded at http://tobaccodocuments.org/profiles/litigation/welch.html.

28  14.     Attached hereto as Exhibit 13 is a true and correct copy of a "Verdict

_____

1  Form" in *Allen v. R.I. Reynolds Tobacco Co.,* No. 01-4319 (S.D. Fla.) dated
2  February 28, 2003.

3  15.    Attached hereto as Exhibit 14 is a true and correct copy of an undated
4  "Verdict Sheet" in *Unseriously v. Am. Tobacco Co.,* No. 011754/96 (N.Y. Super.
5  Ct.) consisting of 12 pages.

6  16.    Attached hereto as Exhibit 15 is a true and correct copy of a "Special
7  Verdict" in *Lacier v. Philip Morris Inc.,* No. 02AS01909 (Cal. Super. Ct.) dated
8  February 7, 2003; also included is a true and correct copy of a news release on
9  the case as reported at The Data Company website, downloaded at
10 http://www.datacompanies.com/news/i.ndex.html; also included is a true and
11 correct copy of a "Profile" on this case as reported at Tobaccodocuments.org
12 downloaded at http://tobaccodocuments.org/profiles/litigation/lucier.html.

13 17.    Attached hereto as Exhibit 16 is a true and correct copy of a two page
14 verdict form in *Seal v. Philip Morris Inc.,* No. 00-21271 (Fla. Cir. Ct.) dated
15 February 7, 2003.

16 18.    Attached hereto as Exhibit 17 is a true and correct copy of a form entitled,
17 "Questions to be answered by the jury" in the *Carter v. Philip Morris Inc.,* No.
18 4567 (Pa. Ct. Comm. PI.) consisting of 5 pages which are undated and unsigned,
19 though provides answers to some of the questions presented.

20 19.    Attached hereto as Exhibit 18 is a true and correct copy of the
21 "Judgement" in *Coney v. R.I. Reynolds Tobacco Co.,* No. C 00-1740 (N.D. Cal.)
22 dated January 9, 2003; also included is a true and correct copy of a news release
23 as reported at Tobaccodocuments.org downloaded at
24 http://www.tobacco.org/articles/lawsuit/conley/; and, also included is a true and
25 correct copy of a news release on the case as reported at The Data Company
26 website, downloaded at http://www.datacompanies.comlnews/index.html.

27 20.    Attached hereto as Exhibit 19 is a true and correct copy of a two page
28 verdict form in *Tucker v. Philip Morris Inc.,* No. 00- 21905 (Fla. Cir. Ct.) dated

_____

1 | October 4, 2002.

2 |  21.    Attached hereto as Exhibit 20 is a true and correct copy of a three page

3 | verdict form in *Janoff v. Philip Morris Inc.,* No. 00- 3153 (Fla. Cir. Ct.) dated

4 | September 5, 2002.

5 |  22.    Attached hereto as Exhibit 21 is a true and correct copy of a two page

6 | "Verdict" form in *Tune v. Philip Morris Inc.,* No. 97-4678 (Fla. Cir. Ct.) dated

7 | May 24, 2002;  also included is a true and correct copy of a "Profile" on this

8 | case as reported at Tobaccodocuments.org downloaded at

9 | http://tobaccodocuments.org/profiles/litigation/tune.html.

10 | 23.    Attached hereto as Exhibit 22 is a true and correct copy of a four page

11 | "Verdict form" in *Hyde v. Philip Morris Inc.,* No. 97-359ML (D.R.I.) dated

12 | March 21, 2002; also included is a true and correct copy of a news release on the

13 | case as reported at the website of AllBusiness.com and downloaded at

14 | http://www.allbusiness.com/legal/trial-procedure-jury-trial/5867754-1.html.

15 | 24.    Attached hereto as Exhibit 23 is a true and correct copy of two page

16 | document entitled, "Blankenship II Trial Report No. 30" dated November 14,

17 | 2001 in *In Re Tobacco Litig.:* No. 2:97-0204 (S.D. W. Va.); also included is a

18 | true and correct copy of a four page document from the case entitled,  "JURY

19 | INTERROGATORIES AND VERDICT FORM," dated November 14, 2001.

20 | 25.    Attached hereto as Exhibit 24 is a true and correct copy of a one page

21 | verdict form in *Tompkin v. Am. Brands, Inc.,* No. 5:94CV1302 (N.D. Ohio)

22 | dated October 5, 2001; also included is a true and correct copy of a "Profile" on

23 | this case as reported at Tobaccodocuments.org downloaded at

24 | http://tobaccodocuments.org/profiles/litigation/tompkin.htm1.

25 | 26.    Attached hereto as Exhibit 25 is a true and correct copy of a two page

26 | document entitled, "Trial Report No. 25" in the case of *Mehlman v. Philip*

27 | *Morris Inc.,* No. L- 1141-99 (N.J. Super. Ct.) dated May 16, 2001; also included

28 | is a true and correct copy of a three page "Opinion" in *Mehlman* dated May 7,

2001.

27.     Attached hereto as Exhibit 26 is a true and correct copy of a two page "Verdict" in *Fontana v. Philip Morris Inc.,* No. 001731 (Fla. Cir. Ct.) dated April 10, 2001.

28.     Attached hereto as Exhibit 27 is a true and correct copy of an eleven page "Verdict Sheet" in *Apostolou v. Am. Tobacco Co.,* No. 02-01836 (Fla. Cir. Ct.); also included is a true and correct copy of a news release, "Backgrounded Report" downloaded from http://www.tobacco.neu.edu/litigation/cases/Backgrounders/Apostolou.htm.

29.     Attached hereto as Exhibit 28 is a true and correct copy of the "Final Judgment" in *Butler v. Philip Morris, Inc.,* No. 94-5-53 (Miss. Cir. Ct.) dated June 2, 1999.

30.     Attached hereto as Exhibit 29 is a true and correct copy of the one page "Verdict" in *Dunn v. RJR Nabisco Holdings Corp.,* No. 18DOl-9305-CT-06 (Ind. Super. Ct.) dated March 19, 1998; also included is a true and correct copy of a document entitled, "Backgrounded for Litigation" dated February 9, 1998 on the *Dunn* case, bearing T.J. Reynold's bate numbers RJR0000000003070607 70044 5414 through RJR0000000003070607  70044 5421.

31.     Attached hereto as Exhibit 30 is a true and correct copy of a four page "Verdict Forms" in *Rogers v. R.I. Reynolds Tobacco Co.,* No. 87-2106 (Ind.Cir. Ct.) dated on "Form B" on August 23, 1996.

32.     Attached hereto as Exhibit 31 is a true and correct copy of a seven page verdict form in *Blue Cross and Blue Shield v. Philip Morris Inc.,* Case No. 98cv3287 (E.D.N.Y.).

33.     Attached hereto as Exhibit 32 is a true and correct copy of a two page verdict form in *Iron Workers Local Union v. Philip Morris Inc.,* No. 1:97cv1422 (N.D. Ohio) dated March 18, 1999.

34.     Attached hereto as Exhibit 33 is a true and correct copy of the "Judgment

1  in a Civil Case" in *Cipollone v. Liggett Group, Inc.*, Case No. 83-2864 dated

2  June 15, 1988; also included is a true and correct copy of five pages of "Jury

3  Interrogatories" that were attached to the judgment.

4  33.    Attached hereto as Exhibit 34 is a true and correct copy of the "Final

5  Judgment and Remedial Order, Order # 1015 in *United States v. Philip Morris*

6  *USA, Inc.* (D. D.C. 2006) 449 F. Supp.2d 1, 28, *aff'd in part, vacated in part*,

7  (D.C. Cir. 2009) 566 F.3d 1095, 1106 ("*DOJ* Case").

8

9  Dated: August 28, 2009          Respectfully Submitted,

10                                  BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.

11

12                                  By:    /s/Frances M. Phares
13                                         Frances M. Phares, Esq.
                                           Michael L. Baum, Esq.
14                                         Attorneys for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  STATE OF CALIFORNIA                    )
                                          } ss.
2  COUNTY OF LOS ANGELES                  )

3      I am employed in the County of Los Angeles, State of California.  I am
   over the age of 18 years, and am not a party to the within action; my business
4  address is 12100 Wilshire Blvd., Suite 950, Los Angeles, California 90025.

5      On the date hereinbelow specified, I served the documents described as
   set forth below on the named defendants in this action as follows:

6  **Date of Service:**              **August 28, 2009**

7  **Document Served:**              **Declaration of Frances M. Phares In Support of**
8                                    **Plaintiff's Reply Memorandum Re Plaintiff's**
                                     **Request for Collateral Estoppel/Issue Preclusion in**
9                                    **Relation to Motion to Stay**

10 **Parties Served:**              **SEE ATTACHED SERVICE LIST**

11
   _X_   **(VIA THE COURT'S ECF FILING SYSTEM)**
12
   ___   **(BY PERSONAL SERVICE)**
13
   ___   **(BY U.S. MAIL)**  I caused such envelope(s) with postage thereon fully
14       prepaid to be placed in the United States mail at Los Angeles, California.
         I am "readily familiar" with the firm's practice of collection and
15       processing or correspondence for mailing.  It is deposited with the U.S.
         Postal Service  on the same day in the ordinary course of business.  I am
16       aware that on motion of the party served, service is presumed invalid if
         postal cancellation date or postage meter date is more than one day after
17       date of deposit for mailing in affidavit.

18 _X_   **(BY E-MAIL)** I caused said documents to be transmitted via facsimile to
         the e-mail addresses marked on the attached service list.
19
   ___   **(BY FACSIMILE)** I caused said documents to be transmitted via
20       facsimile to the offices of the addressee(s) marked on the attached service
         list.
21
         I declare that I am employed in the office of a member of the bar of this
22 court at whose direction the service was made.

23 **EXECUTED**: August 28, 2009 at Los Angeles, California.

24
                                   /s/ Sheila Beam
25                                 Sheila Beam

26

27

28 _____

                                   Decl of Phares In Support of Plaintiff's Reply
                                   Memo Re Collateral Estoppel/Motion to Stay

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Decl of Phares In Support of Plaintiff's Reply
Memo Re Collateral Estoppel/Motion to Stay

1          <u>SERVICE LIST</u>

2

3     Frank P. Kelly
      fkelly@shb.com
4     Tammy B. Webb
      tbwebb@shb.com
5     Ingrid Peterson
      ipeterson@shb.com
6     Patrick J. Gregory
      Pgregory@shb.com
7     Dana N. Gwaltney
      dgwaltney@shb.com
8     SHOOK, HARDY & BACON L.L.P.
      333 Bush Street, Suite 600
9     San Francisco, California 94104-2828
      Telephone: (415) 544-1900
10    Facsimile: (415) 391-0281

11    <u>Attorneys for Philip Morris USA, Inc.</u>

12    Erin L. Dickinson
      eldickinson@jonesday.com
13    Amanda S. Jacobs
      asjacobs@jonesday.com
14    JONES DAY
      North Point
15    901 Lakeside Avenue
      Cleveland, OH 44114
16    Telephone: (216) 586-3939
      Facsimile: (216) 579-0212
17
      Peter N. Larson
18    pnlarson@jonesday.com
      JONES DAY
19    555 California Street, 26th Floor
      San Francisco, CA 94104
20    Telephone: (415) 626-3939
      Facsimile: (415) 875-5700
21
      <u>Attorneys for Brown & Williamson Holdings, Inc.</u>
22    <u>(formerly known as Brown & Williamson Tobacco Corp.)</u>

23

24

25

26

27

28    _____

                    Decl of Phares In Support of Plaintiff's Reply
                    Memo Re Collateral Estoppel/Motion to Stay