# EXHIBIT 2

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 00-20916 CA 15

GLORIA MENCHINI, as personal
representative of the Estate of
ANNETTE MARIE MENCHINI, and on
behalf of JOSEPH MENCHINI, a survivor,
and GLORIA MENCHINI, as her
mother and survivor, individually,

    Plaintiff,

v.

PHILIP MORRIS INCORPORATED,
("PHILIP MORRIS U.S.A."), R.J. REYNOLDS
TOBACCO COMPANY, LORILLARD TOBACCO
CO., and BROWN & WILLIAMSON TOBACCO
CORP., Individually and as Successor to the
AMERICAN TOBACCO COMPANY,

    Defendants.
_____/

## VERDICT FORM

We, the jury, return the following verdict:

1. Do you find that Annette Menchini's exposure to secondhand tobacco smoke in aircraft cabins was the legal cause of her death?

    YES _____        NO ✓

If your answer to Question 1 is "NO," your verdict is for the Defendants, and you should not proceed further, except to date and sign this verdict form and return it to the courtroom. If your answer is "YES" to Question 1, please answer Questions 2 and 3.

Exhibit 2, Page 4

CASE NO.: 00-20916 CA 15

By answering the following questions, you will determine the following damages, if any:

## DAMAGES OF THE ESTATE

2. What is the amount of any net accumulations lost by the estate?

$_____

## DAMAGES OF GLORIA MENCHINI

3. What is the amount of any damages sustained by Gloria Menchini for pain and suffering as a result of the death of Annette Menchini?

    a. in the past? $_____

    b. in the future, reduced to present value? $_____

    TOTAL DAMAGES OF GLORIA MENCHINI $_____
    (add lines 3(a) and 3(b))

SO SAY WE ALL THIS __16th__ day of __November__, 2007.

FOREPERSON _____

2

Exhibit __2__, Page __5__