# EXHIBIT 5

IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

GLENN BECKUM and
JANET BECKUM, his wife,
      Plaintiffs,

v.

PHILIP MORRIS USA INC., a
foreign corporation,
      Defendant.
_____/

CASE NO. 02-01836
Division F

## VERDICT

We, the jury, return the following verdict:

1. Did Philip Morris USA Inc. place Marlboro cigarettes on the market with a defective design which was a legal cause of loss, injury or damage to Glenn Beckum?

    Yes _____               No __X__

If your answer to the above is "No", your verdict is for Defendant Philip Morris USA Inc. and you should proceed no further except to sign and date your verdict and return it to the courtroom. If you answered "Yes" to Question 1., please answer Questions 2-5.

2. State the percentage of negligence or fault, which was a legal cause of loss, injury or damage to Glenn Beckum that you charge to:

    Philip Morris USA Inc.          _____%

    Glenn Beckum                 _____%
                                  (Total must be 100%)

Exhibit 5, Page 18

3. What is the amount of any damages sustained by Glenn Beckum for medical expenses in the past?

   $_____

4. What is the amount of any damages sustained by Glenn Beckum for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect or loss of capacity for the enjoyment of life in the past and to be sustained in the future?

   $_____

5. What is the amount of any damages sustained by Janet Beckum by reason of Glenn Beckum's injury, for loss of his services, comfort, society and attentions in the past and in the future?

   $_____

SO SAY WE ALL THIS 29 day of April, 2005.

_____
Foreperson

Exhibit 5, Page 19