# EXHIBIT 7

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

**FILED**
LOS ANGELES SUPERIOR COURT
MAR 04 2005
JOHN A. CLARKE, CLERK
BY E. GABALBERO, DEPUTY

| | |
|---|---|
| MADELEINE RELLER, individually, and as Successor in Interest to FREDRIC RELLER,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP MORRIS USA INC., et al.,<br><br>Defendants. | CASE NO. BC 261796<br><br>**SPECIAL VERDICT FORM**<br><br>Action Filed: November 14, 2001<br>Trial Date: January 11, 2005<br><br>Judge: The Honorable Victoria G. Chaney<br>Dept.: 324 |

Madeleine Reller v. Philip Morris USA, Inc.—Special Verdict—Page 2 of 4

## SPECIAL VERDICT

We, the jury in the above entitled action, find the following special verdict on the questions submitted to us:

### Question No. 1

After January 1964, when Mr. Reller began smoking Philip Morris products, did the defendant conceal or suppress a material fact?

Answer "yes" or "no".

Answer: YES

If you answer Question No. 1 "no", sign and return this verdict. If you answer Question No. 1 "yes", then answer Question No. 2.

### Question No. 2

Did the defendant intentionally conceal or suppress the fact with the intent to defraud Mr. Reller?

Answer "yes" or "no".

Answer: YES

If you answer Question No. 2 "no", sign and return this verdict. If you answer Question No. 2 "yes", then answer Question No. 3.

### Question No. 3

Was Mr. Reller aware of the fact at the time he acted?

Answer "yes" or "no".

Answer: YES

If you answer Question No. 3 "yes", sign and return this verdict. If you answer Question No. 3 "no", then answer Question No. 4.

Exhibit 1, Page 34

03/09/05 WED 10:31 FAX 213 633 1385 LA SUPERIOR CT. Case 2:02-cv-07930-DMG-RC Document 193-9 Filed 08/28/09 Page 4 of 5 @004

Madeleine Reller v. Philip Morris USA, Inc.—Special Verdict—Page 3 of 4

### Question No. 4

Would Mr. Reller have acted in the way he acted if he had known of the concealed or suppressed fact?

Answer "yes" or "no".

Answer: _____

If you answer Question No. 4 "yes", sign and return this verdict. If you answer Question No. 4 "no", then answer Question No. 5.

### Question No. 5

Did [illegible] concealment or suppression of the fact cause Mr. Reller damage?

Answer "yes" or "no".

Answer: _____

If you answer Question No. 5 "no", sign and return this verdict. If you answer Question No. 5 "yes", then answer Question No. 6.

### Question No. 6

What is the reasonable value of medical, hospital and nursing care, services, and supplies sustained by Mr. Reller and caused by the concealment or suppression of the fact?

Answer: $_____

Answer Question No. 7.

### Question No. 7

What are the funeral and disposition expenses incurred by Plaintiff and caused by the concealment or suppression of the fact?

Answer: $_____

Answer Question No. 8.

### Question No. 8

What is the noneconomic loss, including loss of love, companionship, comfort, affection, society, solace, moral support and enjoyment of sexual relations, suffered by Plaintiff and caused by the concealment or suppression of fact?

Answer: $_____

Answer Question No. 9.

### Question No. 9

Do you find by clear and convincing evidence that defendant was guilty of oppression, malice, or fraud in the conduct on which you base your finding of liability?

Answer "yes" or "no".

Answer: _____

Date and sign this verdict.

Date: 03-04-05          Foreperson: _[signature]_

Exhibit 1, Page 36