# EXHIBIT 9



# THE STATE OF NEW HAMPSHIRE

**HILLSBOROUGH, SS.**  
**NORTHERN DISTRICT**                                              **SUPERIOR COURT**

Julien and Sheila Longden

v.

Philip Morris USA, Inc.

No. 00-C-442

### VERDICT FORM

1. Do you find from a preponderance of the evidence that the defendant, Philip Morris, defectively designed Marlboro cigarettes and that this defective design was a proximate cause of the harm suffered by plaintiff Julien Longden?

   YES _____     No _____✓_____

2. Do you find from a preponderance of the evidence that the defendant, Philip Morris, negligently failed to warn consumers about the danger of lung cancer or addiction from smoking Marlboro cigarettes and that its negligence was a proximate cause of the harm suffered by plaintiff Julien Longden?

   YES _____     No _____✓_____

3. Do you find from a preponderance of the evidence that the defendant, Philip Morris, was negligent in the design, testing or manufacture of Marlboro cigarettes and that its negligence was a proximate cause of the harm suffered by plaintiff Julien Longden?

   YES _____     No _____✓_____

4. Do you find by clear and convincing evidence that the defendant, Philip Morris, fraudulently concealed the danger of lung cancer or addiction from smoking cigarettes and that such fraudulent concealment was a proximate cause of the harm suffered by plaintiff Julien Longden?

   YES _____     No _____✓_____

5. Do you find by clear and convincing evidence that the defendant, Philip Morris, was a member of a civil conspiracy to conceal the danger of lung cancer or addiction from smoking

- 2 -

cigarettes and that the conspiracy was a proximate cause of the harm suffered by plaintiff Julien Longden?

YES _____ No _____✓_____

If your answer to questions ## 1, 2, 3, 4 and 5 are all "No," then the foreperson signs at the end of this form where it is marked "Foreperson" and you discontinue your deliberations. If your answer to one or more of questions ##1, 2, 3, 4 and 5 are "Yes," then proceed to answer the remaining questions.

6. (a) Please state the full amount (in words, not numbers), which you consider, on the evidence, plaintiff Julien Longden should receive as compensatory damages.

_____

(b) Please state the full amount (in words, not numbers), if any, which you consider, on the evidence, plaintiff Sheila Longden should receive as compensatory damages for loss of consortium.

_____

7. (a) If you find that the legal fault of Philip Morris that caused the plaintiffs' injuries was wanton, malicious or oppressive, please state the full amount (in words, not numbers), if any, which you consider, on the evidence, plaintiff Julien Longden should receive as enhanced compensatory damages.

_____

(b) If you find that the legal fault of Philip Morris that caused the plaintiffs' injuries was wanton, malicious or oppressive, please state the full amount (in words, not numbers), if any, which you consider, on the evidence, plaintiff Sheila Longden should receive as enhanced compensatory damages for loss of consortium.

_____

Date: 11/24/03

_____
JURY FOREPERSON

Exhibit 9, Page 53