# EXHIBIT 11

Reller v. Philip Morris—Special Verdict—Page 1 of 16

**FILED**
LOS ANGELES SUPERIOR COURT

**AMENDED** v. Clarity 7/31/03

**SPECIAL VERDICT NO. 1**
**[DESIGN DEFECT]**

JUL 3 1 2003

JOHN A. CLARKE, CLERK
BY E. SABALBURO, DEPUTY

We, the jury in the above-entitled action, find the following Special
Verdict on the questions submitted to us:

## Question No. 1

**Was there a defect in design?**

|  | YES | NO |
|---|---|---|
| Answer: | 2 | 10 |

If you answered "NO" to Question No. 1, then date and sign this
verdict, and proceed to Special Verdict No. 2—Failure to Warn. If you answered
"YES," then answer the next question.

## Question No. 2

**Did the defect exist when the product left the possession of the
defendant?**

|  | YES | NO |
|---|---|---|
| Answer: | 2 | |

If you answered "NO" to Question No. 2, then date and sign this
verdict, and proceed to Special Verdict No. 2—Failure to Warn. If you answered
"YES," then answer the next question.

## Question No. 3

**Was the defect a cause of injury to plaintiff?**

|  | YES | NO |
|---|---|---|
| Answer: | 2 | |

If you answered "NO" to Question No. 3, then date and sign this
verdict, and proceed to Special Verdict No. 2—Failure to Warn. If you answered
"YES," then answer the next question.

Exhibit 11, Page 58

**Question No. 4**

Was plaintiff's injury caused by a use of the product that was reasonably foreseeable by the defendant?

|  | YES | NO |
|---|---|---|
| Answer: | 2 | _____ |

Date and sign this verdict and proceed to Special Verdict No. 2—Failure to Warn.

Date: 7/31/'03          Foreperson: H. W. Ruff

Exhibit 11 , Page 59

## SPECIAL VERDICT NO. 2
## [FAILURE TO WARN]

We, the jury in the above-entitled action, find the following Special Verdict on the questions submitted to us:

### Question No. 1

**Was there a defect resulting from a failure to warn occurring after January 1964, when plaintiff switched to defendant's product, and before July 1, 1969?**

|        | YES | NO |
|--------|-----|----|
| Answer: | O | 12 |

If you answered "NO" to Question No. 1, then date and sign this verdict, and proceed to Special Verdict No. 3—Negligent Design. If you answered "YES," then answer the next question.

### Question No. 2

**Did the defect exist when the product left the possession of the defendant?**

|        | YES | NO |
|--------|-----|----|
| Answer: | ___ | ___ |

If you answered "NO" to Question No. 2, then date and sign this verdict, and proceed to Special Verdict No. 3—Negligent Design. If you answered "YES," then answer the next question.

### Question No. 3

**Was the defect a cause of injury to plaintiff?**

|        | YES | NO |
|--------|-----|----|
| Answer: | ___ | ___ |

If you answered "NO" to Question No. 3, then date and sign this verdict, and proceed to Special Verdict No. 3—Negligent Design. If you answered "YES," then answer the next question.

Reller v. Philip Morris—Special Verdict—Page 4 of 16

## Question No. 4

Was the plaintiff's injury caused by a use of the product that was reasonably foreseeable by the defendant?

YES          NO

**Answer:**        _____        _____

Date and sign this verdict and proceed to Special Verdict No. 3—Negligent Design.

Date: __7/31/'03__        Foreperson: _A. W. Rupp_

0087

Exhibit _11_, Page _61_

## SPECIAL VERDICT NO. 3
## [NEGLIGENT DESIGN]

We, the jury in the above-entitled action, find the following Special Verdict on the questions submitted to us:

### Question No. 1

**Was the defendant negligent?**

|  | YES | NO |
|---|---|---|
| Answer: | 2 | 10 |

If you answered "NO" to Question No. 1, then date and sign this verdict, and proceed to Special Verdict No. 4—Intentional Misrepresentation. If you answered "YES," then answer the next question.

### Question No. 2

**Was the negligence of the defendant a cause of injury or damage to plaintiff?**

|  | YES | NO |
|---|---|---|
| Answer: | 2 | |

Date and sign this verdict and proceed to Special Verdict No. 4—Intentional Misrepresentation.

Date: 7/31/'03          Foreperson: H—W. Rupp

Exhibit 11, Page 62

## SPECIAL VERDICT NO. 4
## [INTENTIONAL MISREPRESENTATION]

We, the jury in the above-entitled action, find the following Special Verdict on the questions submitted to us:

### Question No. 1

**Did defendant make a representation as to a past or existing material fact?**

|  | YES | NO |
|---|---|---|
| Answer: | 12 | 0 |

If you answered "NO" to Question No. 1, then date and sign this verdict, and proceed to Special Verdict No. 5—Concealment.  If you answered "YES," then answer the next question.

### Question No. 2

**Was the representation false?**

|  | YES | NO |
|---|---|---|
| Answer: | 1 | 11 |

If you answered "NO" to Question No. 2, then date and sign this verdict, and proceed to Special Verdict No. 5—Concealment.  If you answered "YES," then answer the next question.

Exhibit 11 , Page 63

## Question No. 3a

Did defendant know that the representation was false when it made it?

|  | YES | NO |
|---|---|---|
| Answer: | $|$ | _____ |

## Question No. 3b

Did defendant make the representation recklessly without knowing whether it was true or false?

|  | YES | NO |
|---|---|---|
| Answer: | _____ | $|$ |

If you answered "NO" to Question Nos. 3a and 3b, then date and sign this verdict, and proceed to Special Verdict No. 5—Concealment. If you answered "YES," to Question No. 3a or Question No. 3b, then answer the next question.

## Question No. 4

Did defendant make the representation with an intent to defraud plaintiff?

|  | YES | NO |
|---|---|---|
| Answer: | $|$ | _____ |

If you answered "NO" to Question No. 4, then date and sign this verdict, and proceed to Special Verdict No. 5—Concealment. If you answered "YES," then answer the next question.

## Question No. 5

Was plaintiff aware of the falsity of the representation?

|  | YES | NO |
|---|---|---|
| Answer: | _____ | $|$ |

If you answered "YES" to Question No. 5, then date and sign this verdict, and proceed to Special Verdict No. 5—Concealment. If you answered "NO," then answer the next question.

Exhibit _11_ , Page _64_

Reller v. Philip Morris—Special Verdict—Page 8 of 16

## Question No. 6

Did plaintiff act in reliance upon the truth of the representation?

|        | YES | NO |
|--------|-----|-----|
| Answer: | &#124; | ____ |

If you answered "NO" to Question No. 6, then date and sign this verdict, then proceed to Special Verdict No. 5—Concealment.  If you answered "YES," then answer the next question.

## Question No. 7

Was plaintiff justified in relying upon the representation?

|        | YES | NO |
|--------|-----|-----|
| Answer: | &#124; | ____ |

If you answered "NO" to Question No. 7, then date and sign this verdict, and proceed to Special Verdict No. 5—Concealment.  If you answered "YES," then answer the next question.

## Question No. 8

Was plaintiff injured or damaged as a result of his reliance upon the truth of the representation?

|        | YES | NO |
|--------|-----|-----|
| Answer: | &#124; | ____ |

Date and sign this verdict and proceed to Special Verdict No. 5—Concealment.

Date: _7/31/ '03_        Foreperson: _H W. Rupp_

0091

Exhibit _11_, Page _65_

## SPECIAL VERDICT NO. 6
## [NEGLIGENT MISREPRESENTATION]

We, the jury in the above-entitled action, find the following Special Verdict on the questions submitted to us:

### Question No. 1

**Did the defendant make a representation as to a past or existing material fact?**

|  | YES | NO |
|---|---|---|
| Answer: | 12 | 0 |

If you answered "NO" to Question No. 1, then date and sign this verdict, and proceed to Special Verdict No. 7—Medical Causation. If you answered "yes," then answer the next question.

### Question No. 2

**Was the representation untrue?**

|  | YES | NO |
|---|---|---|
| Answer: | 1 | 11 |

If you answered "NO" to Question No. 2, then date and sign this verdict, and proceed to Special Verdict No. 7—Medical Causation. If you answered "YES," then answer the next question.

### Question No. 3

**Regardless of defendant's actual belief, did defendant make the representation without any reasonable ground for believing it to be true?**

|  | YES | NO |
|---|---|---|
| Answer: | 1 | |

If you answered "NO" to Question No. 3, then date and sign this verdict, and proceed to Special Verdict No. 7—Medical Causation. If you answered "YES," then answer the next question.

Reller v. Philip Morris—Special Verdict—Page 12 of 16

## Question No. 4

**Was the representation by defendant made with the intent to induce plaintiff to rely upon it?**

|  | YES | NO |
|---|---|---|
| **Answer:** | ǀ | |

If you answered "NO" to Question No. 4, then date and sign this verdict, and proceed to Special Verdict No. 7—Medical Causation. If you answered "YES," then answer the next question.

## Question No. 5

**Was plaintiff aware of the falsity of the representation?**

|  | YES | NO |
|---|---|---|
| **Answer:** | | ǀ |

If you answered "YES" to Question No. 5, then date and sign this verdict, and proceed to Special Verdict No. 7—Medical Causation. If you answered "NO," then answer the next question.

## Question No. 6

**Did plaintiff act in reliance upon the truth of the representation?**

|  | YES | NO |
|---|---|---|
| **Answer:** | ǀ | |

If you answered "NO" to Question No. 6, then date and sign this verdict, and proceed to Special Verdict No. 7—Medical Causation. If you answered "YES," then answer the next question.

Exhibit ǀǀ , Page 67

Reller v. Philip Morris—Special Verdict—Page 13 of 16

## Question No. 7

Was plaintiff justified in relying upon the representation?

|  | YES | NO |
|---|---|---|
| Answer: | \| | _____ |

If you answered "NO" to Question No. 7, then date and sign this verdict, and proceed to Special Verdict No. 7—Medical Causation. If you answered "YES," then answer the next question.

## Question No. 8

Was plaintiff injured or damaged as a result of his reliance upon the truth of the representation?

|  | YES | NO |
|---|---|---|
| Answer: | \| | _____ |

Date and sign this verdict and proceed to Special Verdict No. 7—Medical Causation.

Date: 7/31/'03          Foreperson: H. W. Rupp

0096

Exhibit 11, Page 68

Reller v. Philip Morris—Special Verdict—Page 14 of 10

## SPECIAL VERDICT NO. 7
## [MEDICAL CAUSATION]

We, the jury in the above-entitled action, find the following Special Verdict on the questions submitted to us:

### Question No. 1

**Was plaintiff's smoking of cigarettes a substantial factor in bringing about his injury?**

|  | YES | NO |
|---|---|---|
| **Answer:** | 12 | 0 |

If you answered "NO" to Question No. 1, then date and sign this verdict, and do not go further. If you answered "YES," then proceed to Special Verdict No. 8—Damages.

7/31/'03                    A—W. Ruyl

Exhibit 11, Page 69

# SPECIAL VERDICT NO. 8
## [DAMAGES]

Answer Special Verdict No. 8 if, but only if, you have answered "YES" to Special Verdict No. 7 and "YES" to one or more of the previous questions listed immediately below:

Question No. 4 in Special Verdict No. 1

Question No. 4 in Special Verdict No. 2

Question No. 2 in Special Verdict No. 3

Question No. 8 in Special Verdict No. 4

Question No. 5 in Special Verdict No. 5

Question No. 8 in Special Verdict No. 6

If you have not answered "YES" to Special Verdict No. 7 and one or more of the previous questions listed immediately above, do not consider either this Special Verdict No. 8 or Special Verdict No. 9—Fraud, Malice or Oppression, and return the verdicts which you have signed.

## Question No. 1

**What do you find to be the total amount of damages, including economic and non-economic damages, if any, suffered by plaintiff and caused by the wrongful conduct upon which you base your findings of liability?**

Answer:  (a)  Economic Damages:        $ _____

(b)  Non-Economic Damages:  $ _____

TOTAL:                           $ _____

If you answered Question No. 1 "NO DAMAGE," date and sign this verdict, do not consider Special Verdict No. 9—Fraud, Malice or Oppression, and return the verdicts which you have signed.

If you answered Question No. 1 with a dollar amount, then date and sign this verdict, and proceed to Special Verdict No. 9—Fraud, Malice or Oppression.

Date:_____          Foreperson:_____

Exhibit _11_, Page _70_

## SPECIAL VERDICT NO. 5
## [CONCEALMENT]

We, the jury in the above-entitled action, find the following Special Verdict on the questions submitted to us:

**Question No. 1** AFTER JANUARY, 1964 WHEN MR RELLER BEGAN SMOKING PHILIP MORRIS PRODUCTS ~~Before July 1, 1969~~ did defendant conceal or suppress a material fact?

U. Cleary
7/21/03

                         YES          NO

        **Answer:**          _____      _____

If you answered "NO" to Question No. 1, then date and sign this verdict, and proceed to Special Verdict No. 6—Negligent Misrepresentation. If you answered "YES," then answer the next question.

**Question No. 2**

**Did defendant intentionally conceal or suppress the fact with the intent to defraud plaintiff?**

                         YES          NO

        **Answer:**          _____      _____

If you answered "NO" to Question No. 2, then date and sign this verdict, and proceed to Special Verdict No. 6—Negligent Misrepresentation. If you answered "YES," then answer the next question.

**Question No. 3**

**Was plaintiff aware of the fact at the time he acted?**

                         YES          NO

        **Answer:**          _____      _____

If you answered "YES" to Question No. 3, then date and sign this verdict, and proceed to Special Verdict No. 6—Negligent Misrepresentation. If you answered "NO," then answer the next question.

0092

Exhibit _11_, Page _71_

Reller v. Philip Morris—Special Verdict—Page 10 of 16

## Question No. 4

**Would plaintiff have acted as he did if he had known of the concealed or suppressed fact?**

YES        NO

**Answer:** _____    _____

If you answered "YES" to Question No. 4, then date and sign this verdict, and proceed to Special Verdict No. 6—Negligent Misrepresentation. If you answered "NO," then answer the next question.

## Question No. 5

**Was plaintiff injured or damaged as a result of the defendant's concealment or suppression of the fact?**

YES        NO

**Answer:** _____    _____

Date and sign this verdict form and proceed to Special Verdict No. 6—Negligent Misrepresentation.

Date:_____        Foreperson:_____

Exhibit _11_ , Page _12_

## SPECIAL VERDICT NO. 9
## [FRAUD, MALICE OR OPPRESSION]

<u>Question No. 1</u>

**Do you find by clear and convincing evidence that defendant was guilty of oppression, malice, or fraud in the conduct on which you base your finding of liability:**

YES        NO

**Answer:**        _____        _____

Date and sign this verdict.

Date:_____        Foreperson:_____

Exhibit _11_, Page _13_