# EXHIBIT 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 01-4319-CIV-KING/O'SULLIVAN

SYLVIA ALLEN, as Personal )
Representative of the Estate of )
JAMES ROBERT ALLEN, deceased, )
                               )
    Plaintiff,                 )
                               )
v.                             )
                               )
R.J. REYNOLDS TOBACCO COMPANY  )
and PHILIP MORRIS INCORPORATED,)
                               )
    Defendants.                )
                               )
_____)

FILED by VK D.C.

FEB 28 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### VERDICT FORM

WE, the jury, return the following verdict:

#### [Negligence]

1. Was there negligence on the part of Defendants which was a legal cause of Robert Allen's death?

    a.   R.J. Reynolds:     YES_____      NO __✓__

    b.   Philip Morris:     YES_____      NO __✓__

#### [Design Defect]

2. Did Defendants place their cigarettes on the market with a defect in their design which was a legal cause of Robert Allen's death?

    a.   R.J. Reynolds:     YES_____      NO __✓__

    b.   Philip Morris:     YES_____      NO __✓__

MAR - 4 2003

Rec'd in MIA Dkt _____

Exhibit 13, Page 81

**[Failure to Warn]**

3. Prior to July 1, 1969, did Defendants fail to adequately warn Robert Allen about the dangers of smoking cigarettes manufactured by Defendants and, if so, was this legal cause of Robert Allen's death?

    a. R.J. Reynolds:    YES _____    NO __✓__

    b. Philip Morris:    YES _____    NO __✓__

4. State the percentage of any responsibility that you charge to:

R.J. Reynolds (fill in only if you answered "YES" to 1a or 2a or 3a)    _____ %

Philip Morris (fill in only if you answered YES to 1b or 2b or 3b)    _____ %

**TOTAL**    TOTAL MUST EQUAL 100%

Exhibit _13_, Page _82_

**[Conspiracy to Commit Fraud]**

5. Did Defendants commit a fraud which was a legal cause of his death?

    a. R.J. Reynolds:    YES _____    NO ✓

    b. Philip Morris:    YES _____    NO ✓

**If your answer to Questions 5a or 5b are "No," skip Question 6. If your answers to all of the foregoing questions are "No," your verdict is for Defendants and you should not proceed further except to sign and date the Verdict Form. Otherwise please answer the following questions.**

6. Did Defendants engage in a civil conspiracy to commit the fraud you found in Question 5?

    YES _____    NO _____

**By answering the following questions, you will determine the damages, if any, that Plaintiff sustained as a result of the incident in question.**

7. What is the amount of any medical and funeral expenses resulting from Robert Allen's death? $ _____

8. What is the amount of any damages sustained by Sylvia Allen in the loss of her husband's companionship and protection and in pain and suffering as a result of the decedent's injury and death:

    a. in the past?    $ _____

    b. in the future?    $ _____

9. Do you find by clear and convincing evidence that Plaintiff is entitled to punitive damages against R.J. Reynolds?

YES _____        NO _____

10. Do you find by clear and convincing evidence that Plaintiff is entitled to punitive damages against Philip Morris?

YES _____        NO _____

SO SAY WE ALL, this _28_ day of _February_, 2003.

_____
FOREPERSON

Exhibit _13_, Page _84_