# EXHIBIT 14

**PETER INZERILLA, AS THE ADMINISTRATOR OF THE ESTATE OF ROSEANNE
INZERILLA, and PETER INZERILLA, INDIVIDUALLY,**

v.

**PHILIP MORRIS USA, INC.**

```
┌─────────────────────┐
│   COURT'S           │
│   EXHIBIT           │
│       9             │
│ ┌─────────────────┐ │
│ │  2-13-03   4F   │ │
│ └─────────────────┘ │
└─────────────────────┘
```

## VERDICT SHEET

Five out of six jurors must agree in order for there to be a verdict as to each question. It is not
necessary for the same five jurors to agree on each question. However, five out of six must agree
in order to reach a conclusion as to each question. Please circle yes or no where indicated or fill
in a number or write "zero" where indicated.

We the undersigned jurors duly sworn to try the pending action, find the following answers to
the questions submitted by the Court:

### NEGLIGENT FAILURE TO WARN

1.  A.   Did the plaintiff prove that before July 1, 1969, Philip Morris negligently failed to
         warn Mrs. Inzerilla of the risk that smoking could cause her injuries or death?

                         YES            (NO)

At lease five of the jurors must sign below:

_Kendal Coombs_                         _Joseph Jablonowski_

_Chitra Basdeo_                         _Claudio Krippen_

_Pushpavallie Bhola_                    _____

If your answer to question 1A is no, go to question 2.
If your answer to question 1A is yes, go to question 1B below.

    B.   Was such failure to warn prior to July 1, 1969 a substantial factor in causing Mrs.
         Inzerilla's injuries or death?

                         YES            NO

At lease five of the jurors must sign below:

_____                _____

_____                _____

_____                _____

Go to question 2.

1                    Exhibit _14_, Page _85_

## INTENTIONAL FAILURE TO WARN

2.   A.   Did the plaintiff establish that before July 1, 1969, Philip Morris intentionally
          failed to warn Mrs. Inzerilla of the risk that smoking could cause her injuries or
          death?

YES          (NO)

At lease five of the jurors must sign below:

_Kendal Jean to_                    _Joseph Jablonowski_

_Chats Basdio_                      _Danielle Griffin_

_Rusigavatie Phole._                _____

If your answer to question 2A is no, skip questions 3 and 4 and go to question 5.
If your answer to question 2A is yes, go to question 2B below.


     B.   Was such intentional failure to warn prior to July 1, 1969 a substantial factor in
          causing Mrs. Inzerilla's injuries or death?

YES          NO

At lease five of the jurors must sign below:

_____          _____

_____          _____

_____          _____

If your answer to this question is no, skip questions 3 and 4 and go to question 5.  If your answer
to this question is yes, go to question 3.

2

Exhibit _14_, Page _86_

## CONSPIRACY TO INTENTIONALLY FAIL TO WARN

3.   A.   Did the plaintiff establish that before July 1, 1969, Philip Morris conspired with others to intentionally fail to warn Mrs. Inzerilla of the risk that smoking could cause her injuries or death?

YES        (NO)

At lease five of the jurors must sign below:

_Kendall Davis_                    _Joseph Jablonowski_

_Chita Basdeo_                     _Cecile Griffin_

_Suryawattie Bhola_                _____

If your answer to question 3A is no, go to question 4.
If your answer to question 3A is yes, got to question 3B below.

B.   Was such conspiracy prior to July 1, 1969 a substantial factor in causing Mrs. Inzerilla's injuries or death?

YES        NO

At lease five of the jurors must sign below:

_____                   _____

_____                   _____

_____                   _____

Go to question 4.

3        Exhibit _14_, Page _87_

## AIDING AND ABETTING INTENTIONAL FAILURE TO WARN

4.   A.   Did the plaintiff establish that before July 1, 1969, Philip Morris aided and abetted another or others to intentionally fail to warn Mrs. Inzerilla of the risk that smoking could cause her injuries or death?

YES      (NO)

At lease five of the jurors must sign below:

_(juror signatures)_

If your answer to question 4A is no, go to question 5.
If your answer to question 4A is yes, go to question 4B below.

   B.   Was such aiding and abetting prior to July 1, 1969 a substantial factor in causing Mrs. Inzerilla's injuries or death?

YES      NO

At lease five of the jurors must sign below:

_____          _____

_____          _____

_____          _____

Go to question 5.

4

Exhibit ___, Page 88 ___ AH

## FRAUDULENT CONCEALMENT

5.   A.   Did the plaintiff establish that before July 1, 1969, Philip Morris fraudulently concealed from Mrs. Inzerilla that smoking could cause her injuries or death?

YES          (NO)

At lease five of the jurors must sign below:

_____          _____
_____          _____
_____          _____

If your answer to question 5A is no, skip questions 6 and 7 and go to question 8.
If your answer to question 5A is yes, go to question 5B below.

   B.   Was such fraudulent concealment prior to July 1, 1969 a substantial factor in causing Mrs. Inzerilla's injuries or death?

YES          NO

At lease five of the jurors must sign below:

_____          _____
_____          _____
_____          _____

If your answer to this question is no, skip questions 6 and 7 and go to question 8.  If your answer to this question is yes, go to question 6.

Exhibit 14 , Page 89

## CONSPIRACY TO FRAUDULENTLY CONCEAL

6.   A.   Did the plaintiff establish that before July 1, 1969, Philip Morris conspired with others to fraudulently conceal from Mrs. Inzerilla that smoking could cause her injuries or death?

YES            (NO)

At lease five of the jurors must sign below:

_(juror signatures)_

If your answer to question 6A is no, go to question 7.
If your answer to question 6A is yes, go to question 6B below.

   B.   Was such conspiracy prior to July 1, 1969 a substantial factor in causing Mrs. Inzerilla's injuries or death?

YES            NO

At lease five of the jurors must sign below:

Go to question 7.

Exhibit _14_, Page _90_

## AIDING AND ABETTING FRAUDULENT CONCEALMENT

7.   A.   Did the plaintiff establish that before July 1, 1969, Philip Morris aided and abetted another or others to fraudulently conceal from Mrs. Inzerilla that smoking could cause her injuries or death?

YES          (NO)

At lease five of the jurors must sign below:

_____        _____
_____        _____
_____

If your answer to question 7A is no, go to question 8.
If your answer to question 7A is yes, go to question 7B below.

B.   Was such aiding and abetting prior to July 1, 1969 a substantial factor in causing Mrs. Inzerilla's injuries or death?

YES          NO

At lease five of the jurors must sign below:

_____        _____
_____        _____
_____        _____

Go to question 8.

7

Exhibit 14 , Page 91  AH.

## NEGLIGENCE

8.   A.   Did the plaintiff establish that the cigarettes made by Philip Morris and smoked by Mrs. Inzerilla were negligently designed or manufactured?

                    YES            (NO)

At lease five of the jurors must sign below:

_[signatures]_

If your answer to question 8A is no, go to question 9.
If your answer to question 8A is yes, go to question 8B below.

     B.   Was such negligent design or manufacture of cigarettes a substantial factor in causing Mrs. Inzerilla's injuries or death?

                    YES            NO

At lease five of the jurors must sign below:

Go to question 9.

8

Exhibit _14_, Page _92_  AH

### STRICT LIABILITY

9.   A.   Did the plaintiff establish that the cigarettes made by Philip Morris and smoked by Mrs. Inzerilla were defectively designed?

YES          (NO)

At lease five of the jurors must sign below:

_Knsyl Joomts_                           _Joseph Jablonowski_
_Alberto Basdeo_                          _Charles Griffen_
_Ruspaunalie Bhola_                       _____

If your answer to question 9A is no and you answered no to either part A or part B of each of questions 1 through 8, (other than any questions that you did not have to answer), do not complete the remainder of this verdict sheet. Inform the Court Officer that you have reached a verdict.

If your answer to question 9A is yes, go to question 9B below.

   B.   Was such defective design of cigarettes a substantial factor in causing Mrs. Inzerilla's injuries or death?

YES          NO

At lease five of the jurors must sign below:

_____                  _____
_____                  _____
_____                  _____

If your answer to either part A or part B of questions 1 through 9 was no (other than any questions that you did not have to answer), do not complete the remainder of this verdict sheet. Inform the Court Officer that you have reached a verdict. Only if you answered yes to both parts of questions 1 through 9, (other than any questions that you did not have to answer), go to question 10.

Exhibit _14_ , Page _93_          A 11

## COMPENSATORY DAMAGES

10.  A.  Set forth the amount to which the estate of Mrs. Inzerilla is entitled for the
following questions of damages, if any:

Conscious pain and suffering          $_____

At lease five of the jurors must sign below:

_____        _____

_____        _____

_____        _____

If your answer to this question is zero, write zero or "0".

B.  Set forth the amount to which Peter Inzerilla is entitled for the loss of services of
Mrs. Inzerilla, if any:          $_____

At lease five of the jurors must sign below:

_____        _____

_____        _____

_____        _____

If your answer to this question is zero, write zero or "0".

Exhibit _14_, Page _94_  AN

C.    Set forth the amount of past pecuniary loss sustained by the following persons as a result of the death of decedent:

| Name | Total Amount |
|------|--------------|
| Peter Inzerilla | $ |
| Joseph Inzerilla | $ |
| Richard Inzerilla | $ |
| Peter Inzerilla, Jr. | $ |
| LeAnn Inzerilla | $ |

At lease five of the jurors must sign below:

_____     _____

_____     _____

_____     _____

If your answer to this question is zero, write zero or "0".

D.    Set forth the amount of future pecuniary loss sustained by the following persons as a result of the death of decedent and the number of years the person will sustain the loss:

| Name | Number of years | Total Amount |
|------|-----------------|--------------|
| Peter Inzerilla | _____ | $ |
| Joseph Inzerilla | _____ | $ |
| Richard Inzerilla | _____ | $ |
| Peter Inzerilla, Jr. | _____ | $ |
| LeAnn Inzerilla | _____ | $ |

At lease five of the jurors must sign below:

_____     _____

_____     _____

_____     _____

If your answer to this question is zero, write zero or "0".  Go to question 11.

11

Exhibit 14, Page 95 A H

## PUNITIVE DAMAGES

11.  If you have found that Philip Morris is liable to the plaintiff, has the plaintiff proven that Philip Morris acted in a manner that is so wanton or reckless that it should be subject to liability for punitive damages.

<u>YES</u>          (NO)

At lease five of the jurors must sign below:

_____          _____

_____          _____

_____          _____

Inform the Court Officer that you have reached a verdict.