EXHIBIT 16

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 00-21171 CA 30

JAMES A. SEAL,

    Plaintiff,

v.

PHILIP MORRIS INCORPORATED,
("PHILIP MORRIS U.S.A."), R.J.
REYNOLDS TOBACCO COMPANY,
LORILLARD TOBACCO CO., AND
BROWN & WILLIAMSON CORP.,
Individually and as Successor to the
AMERICAN TOBACCO COMPANY,

    Defendants.

_____/

RECORDED
FEB 1 2 2003
Clerk of Circuit
& County Courts

WE, THE JURY, return the following verdict:

1. Is the exposure to secondhand smoke a legal cause of aggravation of asthma/COPD?

   YES __X__   NO_____

   If your answer to Question 1 is "NO," your verdict is for the Defendants and you should proceed no further except to date and sign this verdict form and return it to the courtroom. If your answer to Question 1 is "YES," please answer Question 2.

[OFF RECORD]
21002PG4650

Exhibit _16_, Page _106_

2. Was exposure to secondhand smoke the legal cause of aggravation of Plaintiff JAMES SEAL's asthma/COPD?

     YES_____    NO ___X___

If your answer to Question 2 is "NO," your verdict is for the Defendants and you should proceed no further except to date and sign this verdict form and return it to the courtroom. If your answer to Question 2 is "YES," please answer Question 3 concerning damages.

3. What is the amount of any damages sustained by Plaintiff JAMES SEAL:

   a. For pain and suffering, disability, physical impairment, mental anguish, inconvenience, or loss of capacity for the enjoyment of life:

      Total for Damages    $_____

SO SAY WE ALL, this ___ day of February, 2003.

_____
FOREPERSON

21002PG4651

Exhibit ___, Page ___