# EXHIBIT 19

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 00-21905 CA 30

JULIA B. TUCKER,

    Plaintiff,

v.        **VERDICT**

PHILIP MORRIS INCORPORATED,
("PHILIP MORRIS U.S.A."), R.J.
REYNOLDS TOBACCO COMPANY,
LORILLARD TOBACCO CO., AND
BROWN & WILLIAMSON CORP.,
Individually and as Successor to the
AMERICAN TOBACCO COMPANY,

    Defendants.

_____/

RECORDED OCT 9 - 2002 Clerk of Circuit & County Courts

WE, THE JURY, return the following verdict:

1.     Is exposure to secondhand smoke a legal cause of chronic sinusitis?

        YES_____        NO____X____

If your answer to Question 1 is "NO," your verdict is for the Defendants and you should proceed no further except to date and sign this verdict form and return it to the courtroom. If your answer to Question 1 is "YES," please answer Question 2.

2.     Was exposure to secondhand smoke a legal cause of Plaintiff JULIA TUCKER's chronic sinusitis?

        YES_____        NO_____

If your answer to Question 2 is "NO," your verdict is for the Defendants and you should proceed no further except to date and sign this verdict form and

20708PG3137

Exhibit 19, Page 112

return it to the courtroom. If your answer to Question 2 is "YES," please answer Question 3 concerning damages.

3. What is the amount of any damages sustained by Plaintiff JULIA TUCKER,

    a. For medical expenses:

        in the past? _____
        in the future? _____

    b. For lost earnings or earning ability:

        in the past? _____
        in the future? _____

    c. For pain and suffering, disability, physical impairment, mental anguish, inconvenience, aggravation of a disease or physical defect, or loss of capacity for the enjoyment of life:

        in the past? _____
        in the future? _____

    Total of Past and Future Damages   $_____

**SO SAY WE ALL**, this _4th_ day of October, 2002.

        _Brenda Molinet_
        **FOREPERSON**

20708PG3138

Exhibit _19_, Page _118_