# EXHIBIT 20

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR DADE
COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO.: 00-03153 CA 32

SUZETTE AHRENDT JANOFF,

    Plaintiff,

vs.

PHILIP MORRIS INCORPORATED,
("PHILIP MORRIS U.S.A."), R. J. REYNOLDS
TOBACCO COMPANY, LORILLARD TOBACCO
CO., and BROWN & WILLIAMSON TOBACCO
CORP., Individually and as Successor to the
AMERICAN TOBACCO COMPANY,

    Defendants.

_____/

## VERDICT

WE, the jury, return the following verdict:

1. Do you find that Suzette Ahrendt Janoff has now or has had in the past any of the following conditions?

    (a)    Vasomotor Rhinitis    YES ✓    NO ____

    (b)    Irritation of the eyes, ears,    YES ____    NO ____
        nose, and throat    EYES  YES ____  NO ✓  Temp.  Perm.
        - Temporary ____  Ears  YES ✓  NO ____  (Temp.)  Perm.
        - Permanent ____  Nose  YES ✓  NO ____  (Temp.)  Perm.
                            Throat  YES ✓  NO ____  (Temp.)  Perm.

    (c)    Eustachian Tube Dysfunction    YES ✓    NO ____

    (d)    Loss of Smell    YES ____    NO ✓

    (e)    Aggravation of allergies    YES ✓    NO ____

Exhibit 20, Page 19

If your answer to Question 1 (a), (b), (c), (d) and (e) is "NO," then answer Question No. 2 only with respect to chronic sinusitis [2(e)]. If you answer "YES" to Question 1 (a),(b),(c),(d), or (e), please answer Question No. 2.

2. Do you find that the Plaintiff, Suzette Ahrendt Janoff's exposure to environmental tobacco smoke ("ETS") on board American Airlines' aircraft was a legal cause of any of the following claimed conditions?

    (a) Vasomotor Rhinitis                           YES _____  NO ✓

    (b) Irritation of the eyes, ears,                YES _____  NO ✓
        nose, and throat
        - Temporary _____
        - Permanent _____

    (c) Eustachian Tube Dysfunction                  YES _____  NO ✓

    (d) Loss of Smell                                YES _____  NO ✓

    (e) Chronic Sinusitis                            YES _____  NO ✓

    (f) Aggravation of allergies                     YES _____  NO ✓

If your answers to Question No. 2 (a), (b), (c), (d), (e) and (f) are all "NO," your verdict is for the Defendants, and you should not proceed further, except to date and sign this Verdict and return it to the courtroom. If your answer is "YES" to either questions 2 (a), (b), (c), (d), (e) or (f), please answer Question No. 3.

3. Was there negligence on the part of Suzette Ahrendt Janoff which was a legal cause of her damages?

                                                     YES _____  NO _____

Please answer Question No. 4.

4. Was there negligence on the part of American Airlines which was a legal cause of Suzette Ahrendt Janoff's damages?

                                                     YES _____  NO _____

Please answer Question No. 5.

Exhibit 20, Page 20

5. State the percentage of any negligence or other fault which was a legal cause of Suzette Ahrendt Janoff's damages, that you charge to:

| | |
|---|---|
| Philip Morris Incorporated, R.J. Reynolds Tobacco Co., Lorillard Tobacco Co., and Brown & Williamson Tobacco Corp.: | _____% |
| American Airlines: | _____% |
| Suzette Ahrendt Janoff: | _____% |
| Total must equal: | 100% |

**Please answer Question No. 6.**

6. What is the amount of Plaintiff, Suzette Ahrendt Janoff's damages for pain and suffering, disability, disfigurement, mental anguish, medical care and treatment, inconvenience or loss of capacity for enjoyment of life?

   A. In the past         $ _____

   B. In the future       $ _____

   TOTAL DAMAGES  $_____
   (Add lines 6A and B)

**In determining the total amount of damages, do not make any reduction because of the negligence, if any, of Plaintiff or American Airlines. If you have found Plaintiff, Suzette Ahrendt Janoff, or American Airlines, negligent in any degree, the Court in entering Judgment will reduce the total amount of damages (100%) by the appropriate amount.**

SO SAY WE ALL this ___5th___ day of September, 2002.

_____
Foreperson

Exhibit _20_, Page _121_