# EXHIBIT 22

Apr-26-02   11:05   From-ADLER,POLLOCK & SHEEHAN, PC        401-351-4607        T-774   P.002/005   F-773

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

JUDITH A. HYDE AS ADMINISTRATRIX
OF THE ESTATE OF WALTER J. HYDE,
JR., INDIVIDUALLY, AND AS THE
PARENT OF HER MINOR CHILDREN,
HOLLY A. HYDE, JONATHAN J. HYDE,
AND WALTER T. HYDE, III

v.                                          C.A. No. 97-359ML

PHILIP MORRIS INCORPORATED

### Verdict Form

1.  Has the plaintiff proven by a preponderance of the evidence that Walter Hyde smoked
    cigarettes manufactured by defendant Philip Morris prior to January 11, 1964.

    YES  ✓            NO _____

*If you answered "YES" to question 1, please proceed to question 2. If you answered "NO" to
question 1, please sign this verdict sheet and return your verdict for the defendant.*

2.  Has plaintiff proven by a preponderance of the evidence that the defendant had a duty to
    provide a warning that cigarettes can cause illness on its cigarette product prior to January
    11, 1964?

    YES_____          NO  ✓

*If you answered "YES" to question 2, please proceed to question 3. If you answered "NO" to
question 2, please sign this verdict sheet and return your verdict for the defendant.*

Exhibit 22, Page 125

190

3.   Has the defendant proven by a preponderance of the evidence that Walter Hyde assumed the risk?

YES_____        NO_____

*If you answered "NO" to question 3, please proceed to question 4.  If you answered "YES" to question 3, please sign this verdict sheet and return your verdict for the defendant.*

4.   Has the plaintiff proven by a preponderance of the evidence that the lack of a warning on defendant's cigarette product prior to January 11, 1964, caused Walter Hyde's lung cancer and death in 1994?

YES_____        NO_____

*If you answered "YES" to question 4, please proceed to question 5.  If you answered "NO" to question 4, please sign this verdict sheet and return your verdict for the defendant.*

5.   What amount of damages, if any, has plaintiff proven are due and payable to the estate of Walter Hyde with respect to:

a.   the reasonable cost of his medical and funeral expenses incurred as a result of his lung cancer and subsequent death?

$_____

b.   the amount of money Walter Hyde would have earned had he not contracted lung cancer and died?

$_____

c.   Walter Hyde's pain and suffering from lung cancer up to the time of his death?

$_____

2

Exhibit 22, Page 126

Apr-26-02   11:06   From-ADLER,POLLOCK & SHEEHAN, PC        401-351-4607      T-774  P.004/005  F-773

*Please proceed to the next question.*

6.  Has plaintiff proven by a preponderance of the evidence that each of her children--Holly
    Hyde, Jonathan Hyde, and Walter Hyde, III--have suffered a loss of society and
    companionship from Walter Hyde's illness and death?

|                  |            |            |
|------------------|------------|------------|
| Holly Hyde       | YES_____ | NO_____  |
| Jonathan Hyde    | YES_____ | NO_____  |
| Walter Hyde, III | YES_____ | NO_____  |

*If you answered "YES" to any part of the above question, then you may proceed to answer the
corresponding part of the following question. If you answered "NO" to any part of the above
question, you must leave the corresponding part of the following question blank. Proceed to the
following question.*

7.  What are the damages, if any, to Holly Hyde, Jonathan Hyde, and/or Walter Hyde, III, for
    each of their losses for the period from Walter Hyde's death to each child's eighteenth
    birthday?

    Holly Hyde was born on December 6, 1977 and was 16 years old at the time of Walter
    Hyde's death. On December 6, 1995, Holly Hyde turned 18 years old.

                        Holly Hyde          $_____

    Jonathan Hyde was born on August 25, 1981 and was 12 years old at the time of Walter
    Hyde's death. On August 25, 1999, Jonathan Hyde turned 18 years old.

                        Jonathan Hyde       $_____

    Walter Hyde, III was born on June 13, 1984 and was 10 years old at the time of Walter
    Hyde's death. Walter Hyde, III is 17 years old, and on June 13, 2002, he will turn 18
    years old.

                        Walter Hyde, III    $_____

3

*Please sign and date this form and return your verdict.*

Elizabeth A Bolton

Signature of Foreperson

3-21-02

Date

4

Exhibit 22 , Page 128

*because the problem with exercise
is the lack of time, not energy.    [Find out more ›]

PHILIPS
sense and simplicity

AllBusiness
A D&B COMPANY INC.
Simple Solutions. Powerful Advice.™

Sign In | 🔲 | Free Newsletters

[ ⁄AB ]    [Search ›]


Hunting
For A Job?

D&B Credit Reports    Businesses for Sale    What's Your Credit Emergency?    Thriving in Tough Times    Trade Magazines    Reduce Health Care Costs

Home    Topics    Bloggers    Franchises    Videos    Podcasts    Library    Ask the Experts    Shop Legal Forms    Find Vendors

Careers | Green Business | Starting a Business | Sales & Selling | Business Credit | Women in Business | Web Tools | Company Profiles

Related Topics:
Jury Trial | Verdicts | Smoking | Judges | Damages | Lawyers | Lung Cancer | Trial & Procedure

# FEDERAL JURY RETURNS VERDICT FOR PHILIP MORRIS U.S.A.; FINDS SMOKER KNEW OF HEALTH RISKS.

Publication: Business Wire
Date: Thursday, March 21 2002

Business Editors

PROVIDENCE, R.I.--(BUSINESS WIRE)--March 21, 2002

A federal jury has returned a verdict in favor of Philip Morris U.S.A. in a case brought by the family of a Rhode Island smoker.

Judith Hyde sought compensatory damages for the death of her husband,

Ads By Google

Ask a Lawyer Online
24 Lawyers Are Online! Ask a Question, Get an Answer ASAP.
Law.JustAnswer.com

Uncontested Divorce Help
Resolve Your Issues Now Legal and Document Assistance
www.familysolutioncenters.com

2009 Federal Civil Rules
FRCP, FRE. 28 USC & more Most current, Lowest price
www.legalpub.com

Walter, because she said the company failed to warn him of the possible health hazards when he began smoking in 1959 as a teenager.

"The jury concluded that there was widespread common knowledge of the health hazards of smoking even before the Surgeon General's warning was put on cigarette packages," said William S. Ohlemeyer, vice president and associate general counsel for Philip Morris Companies.

"The evidence showed that, like other members of the public, Mr. Hyde was aware of the risks of smoking and was legally responsible for his decision to smoke in light of those risks," he added.

U.S. District Judge Mary Lisi had ruled the only question to be determined was whether the company had a duty to warn Mr. Hyde of possible health hazards between 1959 and 1964, when the U.S. Surgeon General issued a finding that cigarette smoking may cause lung cancer in men, and therefore could be responsible for compensatory damages only.

Judge Lisi had ruled that, once the Surgeon General's report was issued, there was no question over whether tobacco companies had a responsibility to warn of smoking dangers.

In addition, make sure to read these articles:

**Jury Rules for Tobacco Industry**
Cigarette makers not responsible for medical monitoring of smokers.

**New York Federal Jury Rejects Insurer's Bid for Punitive Damages by Tobacco Companies;...**
Business Editors NEW YORK--(BUSINESS WIRE)--June 4, 2001 A federal jury's ruling that U.S. cigarette companies are liable for the smoking-related health care costs paid by ......

**Brooklyn Jury Returns Verdict in Favor of Cigarette Companies.**
Business & Legal Editors BROOKLYN, N.Y.--(BUSINESS WIRE)--Jan. 16, 2001 A Brooklyn jury today rejected claims by the husband and daughter of a former smoker for ......

**California Jury Returns $1.5 Million Verdict Against Big Tobacco, Takes Up Punitive Damages.**
SAN FRANCISCO--(BUSINESS WIRE)--Feb. 10, 1999--After dealing a $1.5 million blow to the tobacco industry yesterday, a jury returns to court today to decide how much ......

**Tobacco Suit Nears End**
California smoker to take lower Philip Morris damages.

**Philip Morris Applauds Latest Appeals Court Decision Rejecting Health Care Reimbursement...**
NEW YORK--(BUSINESS WIRE)--July 14, 1999-- The U.S. Court of Appeals for the Ninth Circuit today unanimously affirmed the dismissal of a lawsuit brought against the ......

**Big Tobacco Not Guilty in California Case**
Decision is first in five cases in favor of Philip Morris, RJ Reynolds.

**Philip Morris U.S.A. to Withhold Comment On Bullock Case Until Trial is Completed.**
Business Editors NEW YORK--(BUSINESS WIRE)--Sept. 26, 2002 Philip Morris U.S.A. will withhold comment on a California jury's decision today to award compensatory damages to a ......

Ads By Google

Ask a Lawyer Online
24 Lawyers Are Online! Ask a Question, Get an Answer ASAP.
Law.JustAnswer.com

Uncontested Divorce Help
Resolve Your Issues Now Legal and Document Assistance
www.familysolutioncenters.com

2009 Federal Civil Rules
FRCP, FRE. 28 USC & more Most current, Lowest price
www.legalpub.com

Start a Franchise Today!
Find great franchise opportunities that fit your budget. Start your search today!

Industry Type:    Select Industry
Area of Interest:    Select Location
Liquid Capital:    Select Level

[SEARCH NOW!]

*because
the problem with
exercise is the lack
of time, not energy.

[Find out more ›]

PHILIPS
sense and simplicity

Exhibit 22, Page 129