# EXHIBIT 26



IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 00-01731 CA (09)

MARIE J. FONTANA,

    Plaintiff,

vs.

PHILIP MORRIS INCORPORATED,
("PHILIP MORRIS U.S.A."),
R.J. REYNOLDS TOBACCO COMPANY,
LORILLARD TOBACCO CO., and
BROWN & WILLIAMSON TOBACCO
CORP., individually and as
successor to AMERICAN TOBACCO
COMPANY,

    Defendants.



_____/

## VERDICT

WE, THE JURY, return the following verdict:

1. Was environmental tobacco smoke on airplanes where Plaintiff MARIE J. FONTANA worked a legal cause of damage to the Plaintiff?

YES _____     (NO) ✗ _____

    If your answer to Question 1 is "NO," your verdict is for the Defendants and you should proceed no further except to date and sign this verdict form and return it to the courtroom. If your answer to Question 1 is "YES," please answer Question 2.

2. What is the amount of any economic damages, caused by environmental tobacco smoke, sustained by the Plaintiff MARIE J. FONTANA? "Economic" damages are damages for the reasonable value or expense of hospitalization and medical and nursing care and treatment necessarily or reasonably obtained by the Plaintiff in





FONTANA V. PHILIP MORRIS
CASE NO. 00-01731 CA-(09)
VERDICT

the past or in the future, loss of earnings or earning capacity in the past, and loss of earning capacity in the future.

    Economic damages = $_____

    Please answer Question 3.

3. What is the amount of any noneconomic damages, caused by environmental tobacco smoke, sustained by the Plaintiff MARIE J. FONTANA? "Noneconomic" damages are damages for pain and suffering, disability or physical impairment, disfigurement, mental anguish, inconvenience and loss of capacity for the enjoyment of life, in the past and in the future.

    Noneconomic damages = $_____

    SO SAY WE ALL, this ___5___ day of __APRIL__, 2001.

    _____
    FOREMAN OR FOREWOMAN

OFF. REC BK.
19583 PG 3377

2

Exhibit 26, Page 145