# EXHIBIT 28

IN THE CIRCUIT COURT FOR THE SECOND JUDICIAL DISTRICT
OF JONES COUNTY, MISSISSIPPI

ESTATE OF BURL BUTLER,
by and through AVA DEAN BUTLER,
Executrix of the Estate of BURL BUTLER
and on behalf of all wrongful death
beneficiaries of BURL BUTLER                                      **PLAINTIFFS**

v.                                                    Civil Action Number: 94-5-53

PHILIP MORRIS INCORPORATED,
LORILLARD TOBACCO COMPANY,
BROWN & WILLIAMSON TOBACCO CORPORATION,
THE AMERICAN TOBACCO COMPANY,
AMERICAN BRANDS, INC.,
R.J. REYNOLDS TOBACCO COMPANY,
AND LIGGETT GROUP, INC.                                       **DEFENDANTS**

### FINAL JUDGMENT

This day this cause came on to be heard before a jury composed of Phillip S. Buehler and

eleven other good and lawful citizens of the Second Judicial District of Jones County, and the jury

having heard all the evidence, received the exhibits, and received the instructions of the Court,

retired to consider their verdict and presently returned in open court the following verdict, to wit:

(1)     For each defendant, do you find from a preponderance of the evidence that the

cigarettes manufactured and sold by that defendant were in a defective condition

that was unreasonably dangerous to non-smokers with respect to:

(a)     strict liability in tort:

_____ Yes        _X_ No      Brown & Williamson Tobacco Corporation

_____ Yes        _X_ No      Liggett Group, Inc.

_____ Yes        _X_ No      Lorillard Tobacco Company

FILED

JUN 03 1999

WAYNE MYRICK
CIRCUIT CLERK
JONES COUNTY, MISS.

Exhibit _28_ , Page _159_

|        | Yes | _X_ No | Philip Morris Incorporated |
|--------|-----|--------|----------------------------|
|        | Yes | _X_ No | R. J. Reynolds Tobacco Company |

(b) negligent failure to warn:

|        | Yes | _X_ No | Brown & Williamson Tobacco Corporation |
|--------|-----|--------|----------------------------------------|
|        | Yes | _X_ No | Liggett Group, Inc. |
|        | Yes | _X_ No | Lorillard Tobacco Company |
|        | Yes | _X_ No | Philip Morris Incorporated |
|        | Yes | _X_ No | R. J. Reynolds Tobacco Company |

A copy of the jury's verdict is attached hereto as a Exhibit A.

IT IS THEREFORE ORDERED AND ADJUDGED that plaintiffs do have and take nothing of and from the defendants and that this cause be and hereby is fully and finally dismissed with prejudice, at the cost of plaintiffs, for which let execution issue.

SO ORDERED AND ADJUDGED this the _2_ day of June, 1999.

CIRCUIT COURT JUDGE

Presented By:

E. Brooke Ferris III
Ferris Burson & Entrekin PLLC
820 West Fifth Street
Post Office Box 1289
Laurel, Mississippi 39441-1289

Exhibit 28, Page 160