# EXHIBIT 30

IN THE MARION COUNTY SUPERIOR COURT
STATE OF INDIANA
CIVIL DIVISION, ROOM TWO

YVONNE ROGERS, Individually )
  and as Executrix of the Estate )
  of Richard Rogers, Deceased, )
                                             )
    Plaintiff, )
                                             )  CAUSE NO.
-v-                                   )  49D02-9301-CT-0008
                                             )
R. J. REYNOLDS TOBACCO CO., )
PHILIP MORRIS INCORPORATED, )
THE AMERICAN TOBACCO CO., )
LIGGETT GROUP, INC., )
                                             )
    Defendants. )

## VERDICT FORMS

If you find Plaintiff is entitled to recover damages against the Defendants under the theory of strict liability, then you should proceed to Verdict Form "A" which should be signed and dated by the jury foreperson. If you find in favor of the Plaintiff on the theory of strict liability, you should not consider any additional issues.

If, however, on Plaintiff's theory of strict liability, you find in favor of the Defendants, then you should proceed to Verdict Form "B" which should be signed and dated by the jury foreperson. If you find in favor of the Defendants on the theory of strict liability, you should then proceed to consider whether Plaintiff is entitled to recover damages against the Defendants under the theory of comparative fault.

In considering comparative fault, if you find the Defendants are not at fault, you should proceed to Verdict Form "D" which should be signed and dated by the jury foreperson.

Exhibit 30, Page 170

If you find the Defendants were at fault, you should attribute fault as follows:

| | |
|---|---|
| Percentage of fault attributable to the Defendants | _____ |
| Percentage of fault attributable to the decedent, Richard Rogers | _____ |
| = | __100%__ |

If you found that the fault, if any, of the decedent, Richard Rogers, was more than fifty percent (50%) of the total fault that proximately caused the injuries and death of Richard Rogers, you are to find that the Defendants are not liable to the Plaintiff. You should proceed to Verdict Form "D" which should be dated and signed by the jury foreperson.

However, if you found that fault, if any, on the part of the decedent, Richard Rogers, was fifty percent (50%) or less than the total fault proximately causing his injuries and death, and you found that any percentage of fault was attributable to the Defendants, you are to find the Defendants liable to the Plaintiff. You should proceed to Verdict Form "C" which should be dated and signed by the jury foreperson.

## VERDICT FORM "A"

On Plaintiff's strict liability claim, we, the jury, find for the Plaintiff and against the Defendants and, on the wrongful death claim on behalf of the Estate of Richard Rogers, we assess the damages in the sum of $_____ dollars, ($_____).

And, on the claim on behalf on Yvonne Rogers, individually, for the loss of Richard Rogers' services between the date of injury and the date of death, we assess the damages in the sum of $_____ dollars ($_____).


_____                                     _____
DATE                                             JURY FOREPERSON

Exhibit 30, Page 172

## VERDICT FORM "B"

On Plaintiff's strict liability claim, we, the jury, find for the Defendants and against the Plaintiff.

8/23/96
DATE

_____
JURY FOREPERSON

-4-