Peter N. Larson (SBN 153448)
*pnlarson@jonesday.com*
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700

Attorneys for Defendant
Brown and Williamson Holdings, Inc. (f/k/a
Brown & Williamson Tobacco Corp.)

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leslie J. Grisham,<br><br>          Plaintiff,<br><br>     v.<br><br>Philip Morris Incorporated, et al.,<br><br>          Defendants. | Civil Case No. CV 02-7930 DMG (RCx)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE<br><br>[290]  JS-6<br><br>Judge: The Honorable Dolly M. Gee |

          Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and with the

stipulation and consent of all parties, the above-entitled action is dismissed with

prejudice, each party to bear its own fees and costs.

          IT IS SO ORDERED.

Dated:  April 15, 2010

_Dolly M. Gee_
Dolly M. Gee
United States District Judge

ORDER FOR DISMISSAL WITH
PREJUDICE